1  David J.P. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (Pro Hoc Vice Pending)
   Rebecca Markert (Pro Hoc Vice Pending)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc. and
10 Does 1 through 4 inclusive

11              UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                     EASTERN DIVISION

| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | ) ) ) | Case No. 5:14-CV-2336 JGB (DTBx) |
|---|---|---|
| Plaintiffs, | ) ) ) | PROOF OF SERVICE |
| vs. | ) ) | |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc., et al., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

Plaintiffs Freedom From Religion Foundation, Inc., and Does 1-4 inclusive, hereby file the attached proof of service on Defendants for the following documents:

    1.    Summons;

                          1
                  PROOF OF SERVICE

2.   Complaint;

3.   Notice of Assignment;

4.   Notice of Court Directed ADR; and

5.   Civil Case Cover Sheet.

                                             Respectfully submitted,

Dated: November 17, 2014          _____
                                            David J.P. Kaloyanides

Andrew L. Seidel  (PHV Pending)
Rebecca Markert (PHV Pending)
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
and DOES 1 through 4 inclusive.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chino Valley Unified School District Board of Education, and Board Members James Na, Sylvia Orozco, Charles Dickie, Andrew Cruz, and Irene Hernandez-Blair in their official representative capacities
was received by me on *(date)* 11/14/2014

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stephanie Gibson , who is designated by law to accept service of process on behalf of *(name of organization)* Chino Valley Unified School District Board of Education and its Board Members on *(date)* 11/14/2014 at 12:36 p.m.; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-17-14

Server's signature: *Frank Mackey*

Printed name and title: Frank Mackey  Private Investigator PI9984

Server's address: P.O. Box 8024, Rowland Heights, CA 91748

Additional information regarding attempted service, etc:
Documents served: Summons; Complaint for Equitable Relief and Damages; Notice of Assignment; Notice of Court Directed ADR; and Civil Case Cover Sheet