1  David J.P. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (Pro Hoc Vice Pending)
   Rebecca Markert (Pro Hoc Vice Pending)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc. and
10 Does 1 through 4 inclusive

11                UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                       EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | Case No. 5:14-CV-2336 JGB (DTBx) |
| Plaintiffs, | PROOF OF SERVICE ADDITIONAL DOCUMENTS |
| vs. | |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc., et al., | |
| Defendants. | |

Plaintiffs Freedom From Religion Foundation, Inc., and Does 1-4 inclusive, hereby file the attached proof of service on Defendants for the following documents:

   1.     Certificate of Interested Parties;

---
1
PROOF OF SERVICE

2. Corporate Disclosure Statement;

3. Application to Appear Pro Hac Vice: Markert;

4. Proposed Order on Application to Appear Pro Hac Vice: Markert;

5. Application to Appear Pro Hac Vice: Seidel;

6. Proposed Order on Application to Appear Pro Hac Vice: Seidel;

7. Court's Standing Order.

Respectfully submitted,

Dated: November 18, 2014

_____
David J.P. Kaloyanides

Andrew L. Seidel  (PHV Pending)
Rebecca Markert (PHV Pending)
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
and DOES 1 through 4 inclusive.

2
PROOF OF SERVICE

# PROOF OF SERVICE

I am an active member of the Bar of this State, and who is duly licensed to practice before this Court. My business address is 15338 Central Avenue, Chino, CA 91710. I am over the age of 18 years, and I am not a party to this action.

I served the following document(s):

Certificate of Interested Parties;

Corporate Disclosure Statement;

Application to Appear Pro Hac Vice: Markert;

Proposed Order on Application to Appear Pro Hac Vice: Markert;

Application to Appear Pro Hac Vice: Seidel;

Proposed Order on Application to Appear Pro Hac Vice: Seidel;

Court's Standing Order.

on **November 18, 2014** by the following means:
**[XX] FIRST CLASS MAIL** by placing the attached in a sealed envelope addressed to the recipients below, and placed for collection. I am readily familiar with the practice and procedure of my office in which mail placed for collection is processed, with the appropriate postage, and collected by the United States Postal Service the same day for all mail placed for collection prior to 5:00 p.m.

On the following parties:

Margaret A. Chidester, Esq.
Margaret A. Chidester & Associates
17762 Cowan, First Floor
Irvine, CA 92614-6096
Attorney for Defendants

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2014, at Chino, California.

David J.P. Kalovanides

PROOF OF SERVICE