David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc. and
Does 1 through 4 inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BEYOND 30 DAYS <br><br> Complaint Served: November 14, 2014 <br> Current Response Date: December 5, 2014 <br> New Response Date: January 9, 2015 |

Plaintiffs Freedom From Religion Foundation, Inc., and Does 1-4, inclusive, and Defendants Chino Valley Unified School District Board of Education, and Chino Valley Unified School District Board of Education Board Members James Na, Sylvia Orozco, Charles Dickie, Andrew Cruz, and Irene Hernandez-Blair in their official representative capacities, hereby agree and stipulate that:

---
1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1. The Complaint in this matter was served November 14, 2014;

2. The Current response date for Defendants is December 5, 2014;

3. Plaintiffs anticipate filing a First Amended Complaint on or about December 12, 2014;

4. The parties desire to avoid unnecessary expense relating to the filing of a response to the initial Complaint in this matter prior to the filing of a First Amended Complaint;

5. The Defendants will have an extension of time in which to file a response to the First Amended Complaint until January 9, 2015, which is 35 days beyond the current response deadline.

Accordingly, it is agreed and stipulated that Defendants shall have until January 9, 2015 to file any responsive pleading in this matter.

IT IS SO STIPULATED.

Date: December 3, 2014

_____
David J.P. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., and Does 1-4 inclusive

Date: December 3, 2014

_____
Margaret A. Chidester
Attorney for Defendants
Chino Valley Unified School District
Board of Education, etc., et al.

2
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

I am an active member of the Bar of this State and duly licensed to practice law before this Court. My business address is 15338 Central Avenue, Chino, CA 91710. I am over the age of 18 years, and I am not a party to this action.

I served the following document(s):

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BEYOND 30 DAYS; PROPOSED ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BEYOND 30 DAYS

on **December 3, 2014** by the following means:

**[XX] FIRST CLASS MAIL** by placing the attached in a sealed envelope addressed to the recipients below, and placed for collection. I am readily familiar with the practice and procedure of my office in which mail placed for collection is processed, with the appropriate postage, and collected by the United States Postal Service the same day for all mail placed for collection prior to 5:00 p.m.

On the following parties:

Margaret A. Chidester, Esq.
Margaret A. Chidester & Associates
17762 Cowan, First Floor
Irvine, CA 92614-6096
Attorney for Defendants

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December, 2014, at Chino, California.

_____
David J.P. Kaloyanides