David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc. and
Does 1 through 4 inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BEYOND 30 DAYS <br><br> Complaint Served: November 14, 2014 <br> Current Response Date: December 5, 2014 <br> New Response Date: January 9, 2015 |

This matter having come before the Court on the Stipulation of the Parties, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT

---
1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1 | Defendants shall have until January 9, 2015 to file any responsive pleading in
2 | this matter.
3 |     IT IS SO ORDERED.

6 | DATED: December 5, 2014

_____
UNITED STATES DISTRICT JUDGE

9 | Presented By:

10 | David J.P. Kaloyanides
E: djpkaplc@me.com
15338 Central Ave.
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

13 | *David J.P. Kaloyanides*
Attorney for Plaintiffs