1

David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com

2

DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION

3

15338 Central Avenue
Chino, CA 91710

4

T: (213) 623-8120/F: (213) 402-6292

5

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)

6

E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.

7

PO Box 750
Madison, WI 53701

8

T: (608) 256-8900

9

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,

10

Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

11

12

UNITED STATES DISTRICT COURT

13

FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

EASTERN DIVISION

15

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

16

Plaintiffs,

17

vs.

18

CHINO VALLEY UNIFIED
SCHOOL DISTRICT BOARD OF
EDUCATION, etc. et al,

19

Defendants.

20

Case No.: 5:14-CV-2336 JGB (DTBx)

NOTICE OF WITHDRAWAL OF
MOTION FOR LEAVE TO PROCEED
UNDER PSEUDONYMS AND FOR
ENTRY OF PROTECTIVE ORDER

L.R. 7-16

21

22

In light of the parties' stipulation for entry of a protective order, and based on

23

the fact that the Court has granted the parties' stipulation and entered the Protective

24

Order in this case, pursuant to Local Rule 7-16, Plaintiffs, Freedom From Religion

25

1

NOTICE OF WITHDRAWAL OF MOTION

26

Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1 through 20 inclusive, hereby withdraw their Motion for Leave to Proceed under Pseudonyms and request the Court to vacate the April 27, 2015 motion hearing date.

Respectfully submitted,

Dated: April 20, 2015

David J.P. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado,
and Does 1-20 inclusive