UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-2336 JGB (DTBx)** | Date | April 20, 2015 |
| Title | *Freedom from Religion Foundation, Inc., et al. v. Chino Valley Unified School District Board of Education, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **Order (1) DENYING AS MOOT Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order (Doc. No. 27); and (2) VACATING the April 27, 2015, Hearing (IN CHAMBERS)**

On March 30, 2015, Plaintiffs filed a Motion to Proceed under Pseudonyms and for a Protective Order.  ("Motion," Doc. No. 27.)  Although Defendants initially opposed the Motion, (Doc. No. 28), on April 13, 2015, the parties stipulated to allow certain Plaintiffs to proceed under pseudonyms and to the entry of a protective order, (Doc. No. 29).  The Court granted that stipulation on April 15, 2015, allowing Plaintiffs leave to proceed under pseudonyms and entering a protective order with respect to the disclosure of the identities of the Plaintiffs.  (Doc. No. 30.)  That order resolved the issues raised by Plaintiffs' Motion.

Accordingly, the Court DENIES AS MOOT Plaintiffs' Motion and VACATES the April 27, 2015, hearing on the Motion.

**IT IS SO ORDERED.**