David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> NOTICE OF ERRATA; RESUBMITTED RULE 26 JOINT REPORT <br><br> Scheduling Conference: June 8, 2015 <br> Time:           11:00 a.m. <br> Courtroom:   1 <br> Hon. Jesus G. Bernal |

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1 through 20 inclusive, by and through their attorney of record, David J. Kaloyanides, hereby files this Notice of Errata relating to the parties' Rule 26 Joint Report.

---
1
NOTICE OF ERRATA RE RULE 26 JOINT REPORT

Plaintiffs filed the parties Rule 26 Joint Report on May 18, 2015. Inadvertently, counsel for plaintiffs did not include the required Exhibit A, Schedule of Trial and Pretrial Dates Worksheet.

The correct and complete Joint Report with the attached Exhibit A is filed concurrently with this Notice.

Respectfully submitted,

Dated: May 27, 2015

David J.P. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado,
and Does 1-20 inclusive.