UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-2336 JGB (DTBx)** | Date | June 8, 2015 |
| Title | *Freedom from Religion Foundation, Inc., et al., v. Chino Valley Unified School District, et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Adele C. Frazier |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David J.P. Kaloyanides | None Present |

**Proceedings:** ORDER to Show Cause Why Sanctions Should Not be Entered Against Defendants' Counsel for Failure to Appear

On June 8, 2015, the Court held a mandatory scheduling conference in this matter. (Doc. No. 38.) In violation of Local Rule 16-13, counsel for Defendants Chino Valley Unified School District Board of Education, et al., failed to attend the conference. The Court ORDERS Defendants' counsel, Michael Peffer, to show cause why he should not be sanctioned in the amount of $500 for his failure to appear at the Court-ordered scheduling conference set on this date. Counsel shall respond in writing to this order to show cause by **June 15, 2015**. Defense counsel's failure to respond may result in the entry of a default against Defendants.

**IT IS SO ORDERED.**

Time: 00:05