UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-2336 JGB (DTBx)** | Date | June 26, 2015 |
|---|---|---|---|
| Title | *Freedom from Religion Foundation, Inc., et al. v. Chino Valley Unified School District, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Minute Order DISCHARGING Order to Show Cause (Doc. No. 40) (IN CHAMBERS)**

On June 8, 2015, the Court issued an order to show cause why sanctions should not be entered against Defendants' counsel for failure to appear. ("OSC," Doc. No. 40.) On June 10, 2015, Defendants' counsel, Michael J. Peffer, filed a declaration responding to the OSC. (Doc. No. 41.) The Court has reviewed Peffer's declaration and elects not to issue sanctions at this time. The Court cautions that any future failure by Defendants' counsel to appear at a court-ordered hearing will result in the issuance of sanctions.

**IT IS SO ORDERED.**