David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT CONFERENCE COMPLETION DATE <br><br> Settlement Conference Completion Date:   September 14, 2015 <br><br> Proposed Date:   October 16, 2015 |

---
1
JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT
CONFERENCE COMPLETION DATE

1    Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry
2 Maldonado, and Does 1 through 20 inclusive, by and through their attorney of record,
3 David J. Kaloyanides, and Defendant Chino Valley Unified School District Board of
4 Education, by and through defense counsel Michael Peffer, hereby apply to the Court
5 ex parte to request a modification of the Court's Rule 16 Scheduling Order to continue
6 the Settlement Conference Completion date from September 14, 2015 to October 16,
7 2015.

   This application is made ex parte because both parties seek the modification.
The application is made ex parte on the additional grounds that the current deadline for
the completion date is September 14, 2015, and this request cannot be made within the
necessary time if brought as a fully noticed motion.

   This application is based on the fact that the parties inadvertently failed to
provide Magistrate Judge Bristow with sufficient notice to schedule the settlement
conference. Magistrate Judge Bristow is not available during September to conduct the
settlement conference. Therefore, the parties seek to continue the completion date to
October 16, 2015.

\\\

\\\

\\\

This application is based on the accompanying declaration of counsel, the papers, pleadings and other documents in the Court's file, and such other matters of which the Court may take judicial notice.

Respectfully submitted,

Dated: September 2, 2015

David J.P. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive.

Dated: September 2, 2015

SEE NEXT PAGE
Michael Peffer
Attorney for Defendant
Chino Valley Unified School District
Board of Education

1  This application is based on the accompanying declaration of counsel, the
2  papers, pleadings and other documents in the Court's file, and such other matters of
3  which the Court may take judicial notice.

4                                                    Respectfully submitted,

6  Dated: September 2, 2015              _____
7                                                    David J.P. Kaloyanides

8                                                    Andrew Seidel
                                                     Rebecca Markert
                                                     Freedom from Religion Foundation, Inc.

10                                                   Attorneys for Plaintiffs
                                                     Freedom From Religion Foundation, Inc.,
                                                     Michael Anderson, Larry Maldonado,
11                                                   and Does 1-20 inclusive.

14  Dated: September 2, 2015             _____
                                                     Michael Peffer
15                                                   Attorney for Defendant
                                                     Chino Valley Unified School District
                                                     Board of Education

---

3

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE COMPLETION DATE

## DECLARATION OF DAVID J. KALOYANIDES

I, David J. Kaloyanides, hereby state and declare as follows:

1. I am a member of the Bar of the State of California. I am a member of the Bar of this Court. I am duly licensed to practice law before the courts of this State and before this Honorable Court. I have personal, first-hand knowledge of the matters stated in this declaration and would so testify if called as a witness.

2. I am counsel of record for Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1 through 20 inclusive, plaintiffs in this matter, and I make this declaration in support of the parties' joint ex parte application to modify the Court's Rule 16 Scheduling Order to continue the Settlement Conference Completion date.

3. On June 26, 2015, the Court referred the parties to ADR procedure Number 1 for a settlement conference before the magistrate judge assigned to this case.

4. On August 31, 2015, I contacted the CRD for Magistrate Judge Bristow to set up the settlement conference. Inadvertently, neither I nor defense counsel realized that Magistrate Judge Bristow required at least two weeks' notice to set up a settlement conference date. Although I contacted Magistrate Judge Bristow's CRD two weeks before our completion date deadline, that was not sufficient notice to set up the settlement conference.

5. Magistrate Judge Bristow's CRD has informed me that Magistrate Judge Bristow is not available during September for a settlement conference.

6. The parties have been engaged in informal discovery and simply failed to focus on the up-coming settlement conference deadline in order to provide Magistrate

4
JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT
CONFERENCE COMPLETION DATE

Judge Bristow will sufficient notice to set up the settlement conference. Accordingly, we are requesting a modification to the Rule 16 Scheduling Order to continue the settlement conference completion date approximately 30 days to October 16, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, 2015, at Chino, California.

_____
David J. Kaloyanides