David J.P. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br>　　　　　　Plaintiffs, <br>　vs. <br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br>　　　　　　Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br>ORDER ON JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT CONFERENCE COMPLETION DATE <br><br>Settlement Conference Completion Date:　September 14, 2015 <br><br>Proposed Date:　October 16, 2015 |

This matter has come before the Court on the joint ex parte application of the parties. Having considered the application and supporting declaration, and good cause appearing therefor:

---
1
ORDER ON JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT
CONFERENCE COMPLETION DATE

1   IT IS HEREBY ORDERED that the Court's Rule 16 Scheduling Order is
2   modified and the Settlement Conference Completion date is continued to October 16,
3   2015.
4   IT IS SO ORDERED.

6   Dated: September 8, 2015
7   UNITED STATES DISTRICT JUDGE

ORDER ON JOINT EX PARTE APPLICATION TO CONTINUE SETTLEMENT
CONFERENCE COMPLETION DATE