David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date:   October 26, 2015 <br> Hearing Time:   9:00 a.m. <br> Courtroom:       1 Riverside <br>         Hon. Jesus G. Bernal |

**NOTICE**

TO DEFENDANT CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, AND CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD

---
1
PLAINTIFFS' NOTICE AND MOTION FOR SUMMARY JUDGMENT

OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, AND IRENE HERNANDEZ-BLAIR IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES

NOTICE IS HEREBY GIVEN THAT on October 26, 2015 at 9:00 a.m., before the Honorable Jesus G. Bernal, United States District Judge, Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and DOES 1 through 20 inclusive, will bring the following motion for hearing:

## MOTION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Plaintiffs move the Court to enter summary judgment for the Plaintiffs on all of their claims. The grounds for this motion are: (1) that no facts material to the Plaintiffs' claims are in dispute; and (2) that based on the undisputed facts as set forth in the accompanying Statement of Uncontroverted Facts and Conclusions of Law, and for the reasons explained in the accompanying Memorandum of Points and Authorities, Plaintiffs are entitled to judgment as a matter of law. This motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declarations in Support of this Motion and the exhibits attached thereto, the pleadings, papers, and other documents comprising the record in this action, the argument of counsel at the hearing, and such other evidence as may be presented at the hearing on this motion, and such other matters of which the Court may take judicial notice.

This Motion is made following the parties' meet and confer conference.[1]

---

[1] The parties conferred regarding this Motion for Summary Judgment during their meet and confer in preparation for the Scheduling conference in the case. This took

Accordingly, the Plaintiffs respectfully request that this Court grant them summary judgment on their federal Establishment Claus claim, state Establishment Clause claim, No Preference Clause claim, and No Aid Clause claim, and that the Court enter judgment in favor of Plaintiffs and awarding them the following relief:

1. Declaratory judgment that Defendants' conduct during Board of Education Board meetings, which includes prayers, Bible readings, and proselytizing, violate Plaintiffs' rights protected by the First and Fourteenth Amendments to the United States Constitution;

2. Declaratory judgment that Defendants' conduct at Board of Education board meetings of prayers, Bible readings, and proselytizing violate Article I, section 4 and Article XVI, section 5 of the California Constitution;

3. Declaratory judgment that that the customs and practices of the Defendants that promote, endorse and establish religious activities, prayer and instruction in the Defendants' District schools violates the same provisions of the United States Constitution and California Constitution set forth above;

4. Permanent Injunction enjoining Defendants their agents, employees and successors in office from conducting or permitting any school-sponsored religious exercises or prayer, including proselytizing, preaching, Bible-readings, or otherwise using their

---

place on May 8, 2015. The parties discussed the Motion for Summary Judgment several additional times in June and August. On September 23, 2015, the parties discussed this Motion and confirmed their positions as discussed at the previous meet and confer.

secular offices to promote their personal religious beliefs as part of any Board of Education board meeting;

5. Nominal damages for past violations of Plaintiffs' constitutional rights;

6. An order awarding Plaintiffs the costs of this action, including a reasonable attorney's fee under 42 U.S.C. §1988;

7. An order awarding Plaintiffs the costs of this action, including a reasonable attorney's fee under California Code of Civil Procedure §1021.5, California Civil Code §52.1(h), and under the substantial benefit doctrine; and

8. Such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 28, 2015

David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive.