1  David J. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (PHV)
   Rebecca Markert (PHV)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.,
10 Michael Anderson, Larry Maldonado, and
   Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date:   October 26, 2015 <br> Hearing Time:   9:00 a.m. <br> Courtroom:      1 Riverside <br>                Hon. Jesus G. Bernal |

Plaintiffs Freedom from Religion Foundation, Inc., Michael Anderson, Larry Maldonado and DOES 1 through 20, inclusive, hereby submit the attached Supplemental Exhibit in of their Motion for Summary Judgment.

---
1
PLAINTIFFS' SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Exhibit consists of the following:

| Exhibit No. | Description | Page |
|---|---|---|
| 53 | Minutes of Meeting of the Board of Education of the Chino Valley Unified School District, November 20, 2014 | 295 |

Respectfully submitted,

Dated: September 28, 2015

_____
David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive.

PLAINTIFFS' SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

EXHIBIT 53

SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Exhibit 53
294

# CHINO VALLEY UNIFIED SCHOOL DISTRICT
REGULAR MEETING OF THE BOARD OF EDUCATION
November 20, 2014

# MINUTES

## I. OPENING BUSINESS

**I.A.   CALL TO ORDER – 5:15 P.M.**

1. Roll Call
   President Na called to order the regular meeting of the Board of Education, Thursday, November 20, 2014, at 5:17 p.m. with Cruz, Dickie, Orozco, and Na present. Blair arrived at 5:26 p.m.

   Administrative Personnel
   Wayne M. Joseph, Superintendent
   Norm Enfield, Ed.D., Deputy Superintendent
   Sandra H. Chen, Assistant Superintendent, Business Services
   Patricia M. Miller, Assistant Superintendent, Student Services
   Grace Park, Ed.D., Assistant Superintendent, Human Resources
   Gregory J. Stachura, Assistant Supt., Facilities, Planning, and Operations

2. Public Comment on Closed Session Items
   None.

3. Closed Session
   President Na adjourned to closed session at 5:17 p.m. regarding student discipline matters, public employee appointment: Coordinator, Secondary Curriculum and Instruction; conference with labor negotiators with A.C.T. and CSEA; public employee discipline/dismissal/release; and conference with labor negotiators with unrepresented employee, Superintendent. Pursuant to Government Code 54956(d)(1) and 54954.5(c), it was moved (Dickie) and seconded (Orozco) motion carried (4-0, Blair absent during the time of the vote) to add to the closed session agenda conference with legal counsel existing litigation, USDC Central District Eastern Division Case No. 5:14-CV-2336.

**I.B.   RECONVENE TO REGULAR OPEN MEETING – 7:00 P.M.**

1. Report Closed Session Action
   President Na reconvened the regular meeting of the Board of Education at 7:10 p.m. The Board met in closed session from 5:17 p.m. to 6:59 p.m. regarding student discipline matters, public employee appointment:

Exhibit 53
295

**Minutes of the Regular Meeting of the Board of Education**          November 20, 2014

    Coordinator, Secondary Curriculum and Instruction; conference with labor negotiators with A.C.T. and CSEA; public employee discipline/ dismissal/release; conference with labor negotiators with unrepresented employee, Superintendent; and conference with legal counsel existing litigation. During its closed session meeting the Board of Education voted to appoint Cheree Montgomery as Coordinator of Secondary Curriculum and Instruction effective November 24, 2014, by a unanimous vote of 5-0. Further the Board gave legal counsel direction for the defense of the legal action.

2. Pledge of Allegiance
   Tristan Barrow, Chaparral ES student, led the Pledge of Allegiance.

Pastor Paul Thé, Bridge Church, gave an invocation.

**I.C.     PRESENTATIONS**

1. Student Showcase: Chaparral ES
   Principal Tom Mackessy introduced students who spoke about project-based learning they are doing in their 5/6 grade combination GATE class.

2. Employee Retirement Recognition
   President Na and Denise Arroyo, CSEA President, recognized retiring classified employees Bonnie Andrade (in absentia), 17 years of service, and Nellie Orozco (in absentia), 13 years of service.

3. Special Recognition: Retirement of Chief Miles Pruitt, Chino PD
   President Na presented a certificate of recognition to Chino Police Chief Miles Pruitt who is retiring from service in December 2014.

4. Chino Preserve Library Friends: Marie Merrill, Maria Sunio, Jade Yu
   President Na presented certificates of appreciation to Chino Preserve Library Friends, Marie Merrill, Maria Sunio, and Jade Yu for their service and contributions to the success of the library.

5. Measure M Finale
   Measure M Committee members Art Bennett and Mike Kreeger presented the Measure M finale.

6. Recognition of Retiring Board Member Charles E. Dickie
   Retiring Board Member Charles E. Dickie was honored for his service to the Chino Valley Unified School District.

**Minutes of the Regular Meeting of the Board of Education**     November 20, 2014

**I.D.**     **COMMENTS FROM STUDENT REPRESENTATIVE**

Carissa Ramirez congratulated Don Lugo HS for its new guide dogs for the blind program; read a Thanksgiving Day poem; and wished everyone a blessed Thanksgiving and asked that those less fortunate be kept in mind.

**I.E.**     **COMMENTS FROM EMPLOYEE REPRESENTATIVES**

Todd Hancock, A.C.T. President, thanked everyone who was part of Measure M, and thanked Sandra Chen for doubling the money; said Mr. Dickie will be missed; said the wives of Mr. Dickie and Chief Pruitt should also be recognized for supporting their husband's during public service; recognized and congratulated Sylvia Orozco for her reelection to a third term; congratulated Pamela Feix on her election; gave kudos to Curt Hagman and Peter Rogers on their elections; invited the Board to the A.C.T and CTA dinner on December 8 at the Pomona Fairgrounds, and said it would be an honor if Mr. Dickie could attend; acknowledged Chaparral ES students and their performance; shared quotes from Henry Ford and Dr. Seuss; shared a teacher success story; and wished everyone a happy Thanksgiving.

Denise Arroyo, CSEA President, said the Measure M video reminded her of the collective efforts made to promote its passage; expressed concerns regarding the calendar committee; spoke about collaboration and the process the committee used; congratulated Mr. Dickie on his retirement; and wished everyone a great Thanksgiving.

**I.F.**     **COMMENTS FROM COMMUNITY LIAISONS**

Art Bennett addressed the Board regarding various upcoming events and provided an update on Chino Hills news.

**I.G.**     **COMMENTS FROM THE AUDIENCE ON ITEMS NOT ON THE AGENDA**

James M. Reid, Katrina Boyd, Earl De Vries, Joe McTarnsney, Rob De Partee, Gail Blake-Smith, Ila Zvoda, Cherie Pondoff, Ann Malane, Jack Hibbs, John Terry, Sandra Cardenas, Gina Linares, Kevin Heatherton, Eileen Stear, James Newcomb, Mandi Pratt, Christine Willi, David Willi, Mariaelena Lecaro, and Lisbet Celestono addressed the Board in support of prayer at Board meetings; Yi Eubanks addressed the Board regarding prayer at meetings and against the Superintendent's contract; and Maria Sunio addressed the Board regarding after school programs at Cal Aero Preserve Academy.

**I.H.**     **CHANGES AND DELETIONS**

The following items were read into the record: Human Resources, Item III.D.1., Certificated Personnel Items, under hired at the appropriate placement on the certificated salary schedule and appropriate credential for

**Minutes of the Regular Meeting of the Board of Education          November 20, 2014**

>the 2014/2015 school year, added the name Erica Murphy, RSP Teacher, Cortez ES, effective December 1, 2014; and deleted the name Kathleen Holmstrom; and Student Services, Item III.E.2., School-sponsored Trips, added Ayala HS, Cross Country State Championships, Fresno CA, 18 students/3chaperones, November 28-30, 2014, $50.00 per student/parent funded.

President Na asked for and received consensus from the Board for the meeting to extend beyond 10:00 p.m.

## II.   ACTION

### II.A.   HUMAN RESOURCES

**II.A.1.   Employment Contract for Wayne M. Joseph, Superintendent of the Chino Valley Unified School District**
Moved (Dickie) seconded (Cruz) motion carried (4-1, Cruz voted no) to ratify the employment contract for Wayne M. Joseph, Superintendent of the Chino Valley Unified School District. Student representative abstained.

## III.   CONSENT

Irene Hernandez-Blair pulled for separate action item III.C.2., and III.C.5. Moved (Orozco) seconded (Dickie) carried unanimously (5-0) to approve the consent items, as amended. Student representative voted yes.

### III.A.   ADMINISTRATION

**III.A.1.   Minutes of the Special Meeting of October 29 and Continued Meeting of October 30, 2014; and Regular Meeting of November 6, 2014**
Approved the minutes of the special meeting of October 29 and continued meeting of October 30, 2014; and regular meeting of November 6, 2014.

### III.B.   BUSINESS SERVICES

**III.B.1.   Warrant Register**
Approved/ratified the warrant register.

**III.B.2.   Fundraising Activities**
Approved/ratified the fundraising activities.

**Minutes of the Regular Meeting of the Board of Education**        November 20, 2014

- **III.B.3.** **Donations**
  Accepted the donations.

- **III.B.4.** **Resolution 2014/2015-24 Local Reserves Cap SB 858, Section 27/California Education Code 42127.01**
  Adopted Resolution 2014/2015-24 Local Reserves Cap SB 858, Section 27/California Education Code 42127.01.

- **III.C.** **FACILITIES, PLANNING, AND OPERATIONS**

- **III.C.1.** **Purchase Order Register**
  Approved/ratified the purchase order register.

- **III.C.2.** **Agreements for Contractor/Consultant Services**
  Moved (Orozco) seconded (Cruz) carried unanimously (5-0) to approve/ratify the Agreements for Contractor/Consultant Services with: Mathematica Policy Research, Nutrition Services; Joann Merrick, Ed.D., Education Consultant, Deputy Superintendent; Pivot Learning Partners, Deputy Superintendent; Trang Doan, Butterfield Ranch ES; Bethany Yaroma, Butterfield Ranch ES; Eileen Kostyk, Butterfield Ranch ES; San Bernardino County Superintendent of Schools, SBCSS/Special Education (two contracts); and approved contracts to be amended with: A Tree of Knowledge Educational Services, Access and Equity; and Follett School Solutions, Inc., Technology. Student representative voted yes.

- **III.C.3.** **Surplus/Obsolete Property**
  Declared the District property surplus/obsolete and authorized staff to sell/dispose of said property.

- **III.C.4.** **Rejection of Bid 14-15-04, Rebid of Installation of Motion Sensor Thermostats District-wide**
  Rejected the bid submitted for Bid 14-15-04, Rebid of Installation of Motion Sensor Thermostats District-wide, and authorized staff to rebid the project.

- **III.C.5.** **Change Orders for Bid 13-14-10, Rebid HVAC at Townsend JHS and Eagle Canyon ES**
  Moved (Blair) seconded (Orozco) carried unanimously (5-0) to approve the change orders for Bid 13-14-10, Rebid HVAC at Townsend JHS and Eagle Canyon ES. Student representative voted yes.

- **III.C.6.** **Change Orders for Bid 13-14-11, Portable Classroom Site Work at Chaparral ES and Rhodes ES**
  Approved the change orders for Bid 13-14-11, Portable Classroom Site Work at Chaparral ES and Rhodes ES.

- **III.C.7.** **Notice of Completion for CUPCCAA Projects**
  Approved the Notice of Completion for CUPCCAA Projects.

**Minutes of the Regular Meeting of the Board of Education**  November 20, 2014

| | |
|---|---|
| **III.C.8.** | **Revision of Board Policy 1330 Community Relations—Use of School Facilities** |
| | Approved the revision of Board Policy 1330 Community Relations—Use of School Facilities. |
| **III.D.** | **HUMAN RESOURCES** |
| **III.D.1.** | **Certificated/Classified Personnel Items** |
| | Approved/ratified the certificated/classified personnel items, as amended. |
| **III.D.2.** | **Rejection of Claim** |
| | Rejected the claim and referred it to the District's insurance adjuster. |
| **III.D.3.** | **Revision of Board Policy 4112.21 Personnel—Interns** |
| | Approved the revision of Board Policy 4112.21 Personnel—Interns. |
| **III.D.4.** | **Internship Agreement with California State Polytechnic University, Pomona** |
| | Approved the internship agreement with California State Polytechnic University, Pomona. |
| **III.D.5.** | **Internship Agreement with Azusa Pacific University** |
| | Approved the internship agreement with Azusa Pacific University. |
| **III.D.6.** | **Internship Agreement with National University** |
| | Approved the internship agreement with National University. |
| **III.E.** | **STUDENT SERVICES** |
| **III.E.1.** | **Student Expulsion Cases 14/15-02, 14/15-08, and 14/15-09** |
| | Approved the student expulsion cases 14/15-02, 14/15-08, and 14/15-09. |
| **III.E.2.** | **School-Sponsored Trips** |
| | Approved the following school-sponsored trips: Ayala HS (two), as amended. |

| | |
|---|---|
| **IV.** | **INFORMATION** |

| | |
|---|---|
| **IV.A.** | **STUDENT SERVICES** |
| **IV.A.1.** | **2015/2016 Traditional School Calendar** |
| | Received for information the 2015/2016 traditional school calendar, and Board members asked clarifying questions. |

**Minutes of the Regular Meeting of the Board of Education**     **November 20, 2014**

- **IV.A.2.** **New Courses: Gaming and Animation 1 and Performing Arts Theories**
  Received for information the new courses: Gaming and Animation 1 and Performing Arts Theories.

## V. COMMUNICATIONS

**BOARD MEMBERS AND SUPERINTENDENT**

Sylvia Orozco attended the 6th Annual Golf Tournament; announced that Richard and Nelli Gird were inducted to the Educational Hall of Fame; attended the Parent Support Night at Chino Hills HS; said she was pleased that the Aeries Parent Portal was operating; spoke about the December 4 LCAP meeting; wished her son Mark a happy 15th birthday; and wished everyone a happy Thanksgiving.

Charles Dickie said that it is often said that there is a first time for everything and a last time for everything; expressed his gratitude and thankfulness at being able to serve the Chino Valley community; reflected about the many issues that were dealt with during his tenure; thanked Michael Calta, Fred Youngblood, Sylvia Orozco, and James Na for appointing him; said he was honored to have also served with Fred Youngblood and David Black; expressed gratitude for encouragement and support he has received during his tenure; said he will miss everyone; and asked for God's blessing to everyone.

Andrew Cruz said he attended the Butterfield Ranch ES parent graduation and shared that parents expressed the need for after school programs; attended the show case at Ayala HS and said it was inspirational; reflected on a speaker's comment regarding being good; expressed concerns about the country; said he hopes there is discernment to see what is happening to this country and that we need to be proactive and anticipate before a lot of good people die; closed with "Be still and know that I am with you," and wished everyone a happy Thanksgiving.

Irene Hernandez-Blair shared that she was wearing her Anna Borba Falcon spirit wear; said that students there are currently learning about the pillars of character; reminded parents about intra-district transfer deadlines, and said applications are available at the Student Support Services office; said she chaperoned a 6th grade trip to the Science Center in Los Angeles; reminded everyone to appreciate what we take for granted; and extended Thanksgiving wishes to everyone.

Superintendent Joseph said Country Springs ES celebrated its 20th anniversary on Friday; attended the press conference for the kick off announcement that Chino and Chino Hills are host towns for the Special Olympics World Games in Los Angeles next summer; said the first parent night on Drugs and Social Media issues took place and that the next presentation is scheduled for January 14 at Townsend JHS; reflected on the contributions that retiring Board Member Charles E. Dickie made to the District; and wished everyone a happy Thanksgiving.

<u>Minutes of the Regular Meeting of the Board of Education</u>          November 6, 2014

Resources Cap SB 858; spoke about some District's participating in 'second harvest food banks' and asked staff to provide information on what the District does with leftover food and to look into the District providing a similar food program; thanked everyone and said she is grateful to be able to continue serving for a third term; said that the last seven years were overshadowed by financial woes and she is looking forward to rebuilding and that her focus will continue to be on students first; congratulated Pamela Feix on her election; thanked her husband and sons for their support as well as community members and groups who supported her; and thanked CSEA for their support and teachers who contacted her and voted for her.

Irene Hernandez-Blair thanked parents and stakeholders who will participate in the LCAP Advisory meeting tomorrow morning; said that she has not forgotten concerns related to combination classes; spoke about the C.A.R.E. and H.O.P.E programs and the clothing items they provide to students in need; and reminded everyone that there is no school on Monday and Tuesday due to the Veterans Day holiday.

Superintendent Joseph congratulated Don Lugo HS FFA for competing at the Orange Section FFA Opening/Closing Ceremonies Contest at Buena Park HS where they won 1st place for Outstanding Advanced Team, and Outstanding Novice Team; announced the "Art Uncorked" event on Thursday, November 13, 2014; said Don Lugo HS will be receiving 16 video cameras as part of a grant to promote student safety and deter theft and vandalism, and said that the $20,000.00 grant was written by Don Lugo HS Resource Officer, Dustin Kato from the Chino Police Department; said that a final presentation on Measure M will be on the November 20 agenda; attended the Chino HS band invitational; and attended the choir program at Chino Hills HS.

President Na said that department stores are already selling Christmas trees; said Isaiah's Rock is feeding hungry families and asked Superintendent Joseph to inform school principals on how to help the program; talked about students involved in music programs; said he visited the H.O.P.E. Program resource center and said that fifteen families have been served; and closed with President Reagan's 1988 Veterans Day speech.

## VII. ADJOURNMENT

President Na adjourned the regular meeting of the Board of Education at 8:43 p.m., and reconvened to closed session regarding conference with labor negotiators with unrepresented employee, Superintendent. President Na adjourned closed session at 9:45 p.m. and stated that there was no action that required public disclosure.

_____          _____
James Na, President                              Andrew Cruz, Clerk

Recorded by: Patricia Kaylor, Administrative Secretary, Board of Education