David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>                    Plaintiffs,<br>vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al,<br><br>                    Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx)<br><br>PROOF OF SERVICE OF NON-PAPER EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date:    October 26, 2015<br>Hearing Time:    9:00 a.m.<br>Courtroom:       1 Riverside<br>                          Hon. Jesus G. Bernal |

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and DOEs 1 through 20, inclusive, by and through their attorney of record

---
1
PROOF OF SERVICE OF NON-PAPER EXHIBITS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

in this case, David J. Kaloyanides, hereby submit the attached Proof of Service of the non-paper exhibit, lodged manually with the Court.

Dated: September 29, 2015

Respectfully submitted,

David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive.

# PROOF OF SERVICE

1. I am employed by an active member of the Bar of this State. My business address is 15338 Central Avenue, Chino, CA 91710. I am over the age of 18 years, and I am not a party to this action.

2. I caused to be served the following:

EXHIBITS 1-15 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, IN DIGITAL FORMAT

on September 28, 2015 on the person identified below by the following means:

Attorney for Defendants
Michael J. Peffer
P.O. Box 11630
Santa Ana, CA 92711
T: (714) 796-7150

[XX] **FIRST-CLASS MAIL** by placing the accompanying digital disc in a sealed envelope addressed to the recipient above, and placed for collection. I am readily familiar with the practice and procedure of my office in which mail placed for collection is processed with the appropriate postage, and is collected by the United States Postal Service the same day for all mail placed for collection prior to 4:30 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September, 2015, at Chino, California.

_____
Roda Torres

PROOF OF SERVICE OF NON-PAPER EXHIBITS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT