Kevin T. Snider, State Bar No. 170988
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902

Michael J. Peffer, State Bar No. 192265
   *Counsel for Service*
P.O. Box 11630
Santa Ana, CA 92711
Phone: (714) 796-7150
Fax: (714) 796-7182
Email: michaelpeffer@pji.org

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. , <br><br> Plaintiff, <br><br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendant. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> **EX PARTE APPLICATION AND ORDER FOR LEAVE TO FILE LATE MOTION FOR SUMMARY JUDGMENT, CONTINUING THE HEARING DATE FOR THE SUMMARY JUDGMENT, AND EXTENDING THE DATE FOR SETTLEMENT CONFERENCE** <br><br> **[FILED CONCURRENTLY WITH MSJ & NOTICE OF MANUAL FILING]** |

Defendant Chino Valley Unified School District Board of Education ("Defendant") by and through its attorney of record, Michael J. Peffer, hereby applies to the Court ex parte for an Order granting leave to file a late Motion for Summary Judgment, continuing the date for hearing on the Motions for Summary Judgment until November 2, 2015, and extending the time in which a settlement conference can be held before Judge Bristow up to and including November 20, 2015.

This application is made Ex Parte because circumstances unavoidable and beyond the control of Defense Counsel prevented the timely filing of his Motion despite his good-faith efforts to do so. Counsel will file a motion for leave to file a document under seal, which explains, in more detail, the crisis that led to these requests.

Counsel has met and conferred with Counsel for Plaintiffs, who has agreed not to oppose the relief sought by Defendants. Such an extension is timely and is necessary.

This application is based on the declaration of counsel, which will be filed under seal, the papers, pleadings and other documents in the Court's file, and such other matters of which the Court may take judicial notice.

PACIFIC JUSTICE INSTITUTE

DATED:  October 1, 2015        _/S/_ Michael J. Peffer_____
                               Kevin T. Snider
                               Matthew B. McReynolds
                               Michael J. Peffer
                               *Attorneys for Defendants*

# ORDER

Having considered Defendant's ex parte application for an extension of time to plead, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment is accepted for filing.

2. The hearing on Plaintiffs and Defendants Motion for Summary Judgment be continued to November 2, 2015.

3. The time within which a settlement can be accomplished is continued to _____.

DATED: _____

_____
United States District Judge

## DECLARATION OF MICHAEL J. PEFFER

I, Michael J. Peffer, hereby state and declare as follows:

1. I am a member of the Bar of the State of California. I am a member of the Bar of this Court. I have personal, first-hand knowledge of the matters stated in this declaration and would so testify if called as a witness.

2. I am counsel of record for Chino Valley Unified School District Board of Education, and Does 1 through 20 inclusive, Defendants in this matter, and I make this declaration in support of Defendant's ex parte application for an order granting leave to file a late Motion for Summary Judgment, continuing the date for hearing on the Motions for Summary Judgment until November 2, 2015, and extending the time in which a settlement conference can be held before Judge Bristow.

3. I was unable to file Defendant's Motion for Summary Judgment by the filing deadline due to sudden and unexpected emergency that was entirely beyond my control and which undermined my good-faith efforts to do so. I have prepared a detailed declaration setting for the reason for this request and will file it with a motion for leave to file document under seal.

4. I personally spoke with Counsel for Plaintiff Freedom From Religion Foundation, Inc. David J.P. Kaloyanides concerning this matter and was told by him that Plaintiff will not oppose this Application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October, 2015, at Santa Ana, California.

                                            _____/s/Michael J. Peffer_____
                                                   Michael J. Peffer