Kevin T. Snider, State Bar No. 170988
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902

Michael J. Peffer, State Bar No. 192265
   *Counsel for Service*
P.O. Box 11630
Santa Ana, CA 92711
Phone: (714) 796-7150
Fax: (714) 796-7182
Email: michaelpeffer@pji.org

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br>            Plaintiff, <br><br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al, <br><br>            Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br><br> **NOTICE OF ERRATA** |

　　PLEASE TAKE NOTICE that the wrong copy of the Declaration of Michael J. Peffer in Support of Defendants' Motion for Summary Judgment was filed with this Honorable Court early on October 2, 2015. The correct copy will be filed forthwith as Amended Declaration of Michael J. Peffer in Support of Defendants' Motion for Summary Judgment.

- 1 –
NOTICE OF ERRATA

PACIFIC JUSTICE INSTITUTE

_/S/_ Michael J. Peffer_____
Kevin T. Snider
Matthew B. McReynolds
Michael J. Peffer
*Attorneys for Defendants*
