1  Kevin T. Snider, State Bar No. 170988
2  Matthew B. McReynolds, State Bar No. 234797
   PACIFIC JUSTICE INSTITUTE
3  P.O. Box 276600
4  Sacramento, CA 95827
   Tel.  (916) 857-6900
5  Fax. (916) 857-6902

6  Michael J. Peffer, State Bar No. 192265
7       *Counsel for Service*
   P.O. Box 11630
8  Santa Ana, CA 92711
9  Tel. (714) 796-7151
   Fax. (714) 796-7182
10 Email: mpeffer@pji.org

11

12 *Attorneys for Defendants*

13

14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., et al.,** | Case No.:15:14-CV-02336 JGB(DTBx) |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| **CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION. Etc., et al.,** | DATE: October 26, 2015<br>TIME: 9:00 a.m.<br>COURTROOM: 1<br>HON.: Jesus G. Bernal |
| Defendant. | |

-1-

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants request that the Court take judicial notice of the following:

1. The Court's own file in the above-encaptioned case.  Namely, the declarations and exhibits filed in support of Defendants' motion for summary judgment.

2. The Court's own file in the above-encaptioned case.  Namely, the declarations filed in support of Plaintiffs' motion for summary judgment (Doc 48-3, p. 3-7).

Respectfully submitted,

Date:  October 5, 2015

/s/ Kevin Snider_____
Kevin T. Snider
Attorney for Defendant

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE