1  David J. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (PHV)
   Rebecca Markert (PHV)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.,
10 Michael Anderson, Larry Maldonado, and
   Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR CONTINUANCE OF HEARING ON SUMMARY JUDGMENT, EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE, AND FOR LEAVE TO FILE MOTION LATE <br><br> Hearing Date:   October 26, 2015 <br> Hearing Time:   9:00 a.m. <br> Courtroom:      1 Riverside <br>                Hon. Jesus G. Bernal |

---

1

PLAINTIFFS' OPPOSITON TO DEFENDANTS' REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT, EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE, AND FOR LEAVE TO FILE MOTION LATE

1.  Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and DOES 1 through 20 inclusive, hereby file this Opposition to Defendants' request to continue the hearing on Plaintiffs' Motion for Summary Judgment, to extend the time to complete the mandatory Settlement Conference, and for leave to file Defendants' Motion for Summary Judgment late.

2.  This Opposition is based on the fact that Defendants' counsel misrepresented the facts concerning Defendants' need for the continuances and the reason for filing their Motion for Summary Judgment late. This misrepresentation was material because but for the misrepresentation, Plaintiffs would have opposed these requests.

3.  As Defendants filed their opposition to Plaintiffs' Motion for Summary Judgment today, October 5, 2015, the deadline for such opposition, it has become clear that Defendants' counsel had no need for any continuances or extensions of time but rather has misrepresented the reason supporting these requests.

4.  Accordingly, Plaintiffs oppose any continuance of the hearing on Plaintiffs Motion for Summary Judgment, oppose any extension of time for completing the mandatory Settlement Conference, and oppose Defendants' late file Motion for Summary Judgment. Defendants' motion (Court docket number 57 and supporting documents) should be stricken.

1     This opposition is based on the accompanying declaration of counsel, the
2 papers, pleadings, and other documents in the Court's file, and such matters of which
3 the Court may take judicial notice.

4                                                   Respectfully submitted,

5 Dated: September 29, 2015

                                                        David J. Kaloyanides
                                                        Andrew Seidel
                                                        Rebecca Markert
                                                        Attorneys for Plaintiffs

# DECLARATION OF COUNSEL

I, David J. Kaloyanides, hereby state and declare as follows:

1. I am a member of the Bar of this State, a member of the Bar of this Court, and I am duly licensed to practice law before the courts of this State and before this Honorable Court. I am counsel of record for Plaintiffs and make this declaration in support of Plaintiffs' opposition to Defendants' request for leave to file their Motion for Summary Judgment late, for a continuance of the hearing on Plaintiffs' Motion for Summary Judgment, and for an extension of time to complete the mandatory Settlement Conference in this case. I have personal knowledge of the matters stated herein and would so testify if called as a witness.

2. The cut-off for filing dispositive motions in this case was September 28, 2015. On September 29, Michael Peffer, counsel for Defendants emailed me to inform me that he would be seeking leave to file Defendants' Motion for Summary Judgment late. The only reason he gave was that he was unable to meet the filing deadline because of "intensely personal matters and private matters of a third person." I responded that while I was not interested in prying into personal matters, I needed more information before I could take a position on his request.

3. Mr. Peffer called me later that day. He informed me of the personal matters affecting him. He was very insistent that the information not be made public because, as he said, if anyone "in his world" were to find out, it would be devastating for him. I told him I had no interest in exposing any personal matter and expressed my sympathy. He informed me that while he initially thought he would be able to meet the

1  filing deadline, he was not able to. He also informed me that he would ask for a
2  continuance of the hearing on the Motion for Summary Judgment set for October 26,
3  2015.
4      4.    When I asked why other lawyers at his organization could not help him,
5  he reiterated that he could not let anyone know of the personal issue he was facing.
6      5.    I informed Mr. Peffer that while I would not oppose his late filing, I
7  needed to confer with my clients regarding any continuance of the hearing date. I also
8  asked him if he would be prepared to proceed with the Settlement Conference, which
9  was at that time set for October 5, because he had not served me with any of the
10 documents required by Magistrate Judge Bristow's Settlement Conference Order. He
11 indicated that he would need more time for the Settlement Conference. He also told me
12 that he had not paid attention to the requirements of the Settlement Conference order. I
13 offered to contact Magistrate Judge Bristow's CRD to see if we could move the date of
14 the Settlement Conference.
15     6.    The following day, September 30, Magistrate Judge Bristow's CRD
16 informed me that if the parties were not going to be able to complete the Settlement
17 Conference by the current deadline, we would need the Court to grant an extension. I
18 informed Mr. Peffer of this and advised him to submit his requests—the continuance,
19 the leave to file the late motion, and the additional time for the Settlement
20 Conference—as soon as possible. I also informed him that I had conferred with my
21 clients and that I would not oppose the continuance of the hearing on the motion as
22 long as it was no longer than one week.

7. Mr. Peffer filed Defendants' Motion for Summary Judgment and supporting documents on Friday, October 2. Later that day he filed his requests for the continuances and for leave to file the motion late.

8. Today, October 5, 2015, at around 5:27 p.m., I received the Notice of Electronic Filing indicating that one of the other lawyers at the Pacific Justice Institute had associated on the case and filed Defendants Opposition to Plaintiffs' Motion for Summary Judgment, along with other filings. I was quite surprised by this because Mr. Peffer had led me to believe that he could not seek the assistance from the other lawyers from his organization.

9. Clearly, Mr. Peffer does not need the requested continuance. It is now apparent that other lawyers from his organization are available to assist him and, in fact, have been working on the case. Kevin Snyder has been with the Pacific Justice Institute for several years at the least. He was co-counsel for Mr. Peffer in another matter in which I represented the opposing party, *American Humanist Association et al., v. The City of Lake Elsinore,* 5:13-CV-00989 SVW (OPx).

10. Mr. Peffer misrepresented to me the facts underlying his reason for needing to file Defendants' motion late, the reason for the requested continuance of the hearing, and the extension of time for completing the Settlement Conference. And these misrepresentations were material to my decision to not oppose any of his requests.

11. Accordingly, Plaintiffs oppose any continuance of the hearing on Plaintiffs' Motion for Summary Judgment. Plaintiffs oppose any extension of time in

1  which to complete the mandatory Settlement Conference. And Plaintiffs object to the
2  late filing of Defendants' Motion for Summary Judgment (Court Docket 57) and ask
3  that the Court strike the motion.
4      I declare under penalty of perjury that the foregoing is true and correct.
5      Executed this 5th day of October, 2015, at Chino, California.

                                                      David J. Kaloyanides