1  Kevin T. Snider, State Bar No. 170988
   Matthew B. McReynolds, State Bar No. 234797
2  PACIFIC JUSTICE INSTITUTE
3  P.O. Box 276600
   Sacramento, CA 95827
4  Tel. (916) 857-6900
5  Fax (916) 857-6902

6
   Michael J. Peffer, State Bar No. 192265
7     *Counsel for Service*
8  P.O. Box 11630
   Santa Ana, CA 92711
9  Phone: (714) 796-7150
10 Fax: (714) 796-7182
   Email: michaelpeffer@pji.org
11

12 *Attorney for Defendants*

13
14                    UNITED STATES DISTRICT COURT
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
15                          EASTERN DIVISION

16 | | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL., | Case No.:5:14-CV-02336 JGB(DTBx) |
| Plaintiffs, | DECLARATION OF MICHAEL J. PEFFER IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR A CONTINUANCE |
| vs. | |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ETC. ET AL, | |
| Defendants | |

**DECLARATION OF MICHAEL J. PEFFER**

I, Michael J. Peffer, hereby state and declare as follows:

1. I am a member in good standing of the State Bar of California. I make this declaration in response to the Plaintiff's Opposition to Defendant's Opposition to Request for Continuance. I have personal knowledge of the matters set forth herein and would so testify if called as a witness.

2. I am very hesitant to confront the Declaration of Mr. Kaloyanides since he was very kind to me in a rather desperate moment. I write to clear up any misunderstanding that may have occurred during my conversation with him on September 29, 2015. At no time did I misrepresent the facts to him.

3. After events of Thursday September 24, 2015 (set forth in more detail in my declaration, which is the subject of a Motion to File Under Seal) I slept very little on the 24th, 25th, 26th, 27th and 28th. I contacted Mr. Kaloyanides essentially to let him know what I would be doing, I did not anticipate receiving any consideration from him whatsoever. However, when we did speak to me I told him that I was going to be filing under seal because I wanted to retain some level of privacy in a difficult situation that had no bearing on the case. He was sympathetic to my plight.

4. I was as honest with him as I could be. We had no direct conversation about other lawyers in my organization. As I've been thinking about that conversation, I recall Mr. Kaloyanides making the comment a few times to the effect of "it's a shame you cannot get support through this situation." At the time, I naively thought that he was speaking about support for me through my personal struggles. I think, based upon his declaration, he was probably speaking about work staff.

5. Had he asked me about the other attorneys, I would have told him that I shared limited information about my situation with my immediate supervisor,

Kevin Snider. Moreover, I would have told him that our organization is a small organization with three attorneys (of which I am one) handling matters in several locations. Moreover, that I had been tasked with handling the case which is the subject of this controversy, and that I could not simply give my work to others, since they had other obligations. Indeed, Mr. Snider was in court in Denver that same week on September 29 & 30, 2015.

6. As it turned out, I filed the late MSJ at 12:30 a.m. on October 2, 2015. I filed this along with the Ex Parte Application for Leave to File a Late MSJ, for an Extension of Time Within Which to Mediate the Case, and to Continue the Hearing Date on the Motions for Summary Judgment for one week.

7. On October 2, 2015, after noticing that I had spent the week wherein I could have been working on Defendant's Opposition to Plaintiff's Motion for Summary Judgment working on filing the Defendant's Motion for Summary Judgment, I had to reach out to my immediate supervisor and do something that is very unsavory in the legal business, seek help doing a task that was my responsibility. When I explained what had happened and the upcoming due date, Mr. Snider took on the task and made sure it was completed over the weekend, and it was ready to be filed in a timely manner.

8. Today I received word from Magistrate Judge Bristow that a date opened for the Settlement Conference for October 13, 2015. Since this has now been scheduled, Defendant's no longer need this Honorable Court to extend the time for completing the settlement conference.

I sincerely regret the inconvenience caused this Honorable Court and Counsel for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2015, in Santa Ana, California.

DECLARATION OF MICHAEL J. PEFFER

/s Michael J. Peffer
Michael J. Peffer

DECLARATION OF MICHAEL J. PEFFER