UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-2336-JGB (DTBx)** | Date | October 8, 2015 |
|---|---|---|---|
| Title | *Freedom From Religion Foundation, Inc. et al. v. Chino Valley Unified School District Board of Education et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                                                     None Present

**Proceedings:**   **Order (1) GRANTING Defendant's Ex Parte Application For Leave To File Late Motion for Summary Judgment; and (2) CONTINUING the Hearing on the Motions for Summary Judgment (Doc. Nos. 48, 57) from October 26, 2015, to November 2, 2015 (IN CHAMBERS)**

On October 2, 2015, Defendant Chino Valley Unified School District Board of Education filed an Ex Parte Application for leave to file a late motion for summary judgment. (Doc. No. 56.) Defendant also sought to continue the hearing date for the parties' cross motions for summary judgment and to extend the final date to hold a settlement conference. (Id.) Plaintiff opposed the ex parte application on October 5, 2015. (Doc. No. 62.)

For good cause shown, the Court (1) GRANTS Defendant's ex parte application for leave to file a late motion for summary judgment; and (2) CONTINUES the hearing on the motions for summary judgment from October 26, 2015 to November 2, 2015 at 9:00 a.m.

However, the Court denies Defendant's request to extend the deadline to hold a settlement conference. Pursuant to the Court's order on September 8, 2015, the final date to hold a settlement conference is October 16, 2015. (Doc. No. 46.) The parties have scheduled a conference before Judge Bristow on October 13, 2015, therefore extension of the deadline is unnecessary.

**IT IS SO ORDERED.**