David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date:  November 2, 2015 <br> Hearing Time:  9:00 a.m. <br> Courtroom:  1 Riverside <br>   Hon. Jesus G. Bernal |

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry

Maldonado, and DOES 1 through 20 inclusive, hereby submit their Statement of

---

1

PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  Genuine Disputes of Material Fact in response to Defendants' Motion for Summary

2  Judgment.

3       Pursuant to the Court's Standing Order, Plaintiffs are precluded from including

4  legal or evidentiary objections in this Statement. Plaintiffs' disputes as to Defendants'

5  Statement of Undisputed Fact is entirely based on Plaintiffs' evidentiary objections,

6  filed concurrently herewith. Plaintiffs are not pointing to any separate evidence in

7  support of their Statement but rely entirely on the inadmissibility of Defendants'

8  evidence submitted in support of Defendants' Statement of Undisputed Facts.

9       Respectfully submitted,

10

11  Dated: October 12, 2015   _____

12       David J. Kaloyanides

13       Andrew Seidel
     Rebecca Markhert
     Freedom From Religion Foundation, Inc.

14

15       Attorneys for Plaintiffs
     Freedom From Religion Foundation, Inc.,
     Michael Anderson, Larry Maldonado, and

16       DOES 1 through 20 inclusive.

17

18

19

20

21

22

23

24

25  2
  PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN
  RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

26