David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>Plaintiffs,<br>vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al,<br><br>Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx)<br><br>PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED DECLARATION OF MICHAEL J. PEFFER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: November 2, 2015<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1 Riverside<br>Hon. Jesus G. Bernal |

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and DOES 1 through 20 inclusive, hereby submit their objections to

defendants' evidentiary support filed in connection with defendants' Motion for Summary Judgment. Defendants' evidentiary support was filed as the Amended Declaration of Michael J. Peffer in Support of Defendants' Motion for Summary Judgment, Court's Docket No. 58-1.[1]

Respectfully submitted,

Dated: October 12, 2015 ______________________________

David J. Kaloyanides

Andrew Seidel
Rebecca Markhert
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
DOES 1 through 20 inclusive.

---

[1] The Court's Public Docket (hereinafter "Dkt.") refers to the docket as available on www.pacer.gov for the United States Court for the Central District of California.

# EVIDENTIARY OBJECTIONS

| Fact No. | Fact | Objection |
|---|---|---|
| 1 | The Board of Education mailed invitations to all the congregations in Chino, Chino Hills, and South Ontario. | **Lacks foundation/Lacks Personal Knowledge. Fed.R.Evid. 602 & 901.**<br><br>Defendants' Cited Evidentiary Support does not support this assertion:<br><br>Kaylor's declaration fails to show foundation for this knowledge.<br>Peffer declaration fails to show foundation for this knowledge and does not support this assertion.<br>Board resolution does not support this assertion.<br><br>**Hearsay. Fed.R.Evid. 801 & 805**<br><br>Kaylor's declaration is based on hearsay of an unknown document from unknown third party.<br><br>**Irrelevant. Fed.R.Evid. 401 & 402**<br><br>Defendants' Motion for Summary Judgment does not cite to this fact anywhere. |
| 1 | The notices were sent without respect to religion or creed, and included Christian, Muslim and Hindu faiths. | **Lacks foundation/Lacks Personal Knowledge. Fed.R.Evid. 602 & 901.**<br><br>Defendants' Cited Evidentiary Support does not support this assertion:<br><br>Kaylor's declaration fails to show foundation for this knowledge.<br>Peffer declaration fails to show foundation for this knowledge and does not support this assertion.<br>Board resolution does not support this assertion.<br><br>**Irrelevant. Fed.R.Evid. 401 & 402**<br><br>Defendants' Motion for Summary Judgment does not cite to this fact anywhere. |

| Fact No. | Fact | Objection |
|---|---|---|
| 2 | Although invocations have been conducted by mostly Christian ministers, there has been no attempt to exclude other faiths. | **Lacks foundation/Lacks Personal Knowledge. Fed.R.Evid. 602 & 901.**<br><br>Defendants' Cited Evidentiary Support does not support this assertion:<br><br>Kaylor's declaration fails to show foundation for this knowledge.<br><br>**Irrelevant. Fed.R.Evid. 401 & 402**<br><br>Defendants' Motion for Summary Judgment does not cite to this fact anywhere. |
| 2 | No one who applies is turned away. | **Lacks foundation/Lacks Personal Knowledge. Fed.R.Evid. 602 & 901.**<br><br>Defendants' Cited Evidentiary Support does not support this assertion:<br><br>Kaylor's declaration fails to show foundation for this knowledge.<br><br>**Irrelevant. Fed.R.Evid. 401 & 402**<br><br>Defendants' Motion for Summary Judgment does not cite to this fact anywhere. |

In addition, Plaintiffs object to the Amended Declaration of Michael J. Peffer in Support of Defendants' Motion for Summary Judgment, Dkt. No. 58-1 and Exhibit B attached thereto. Exhibit B lacks foundation. *See* Fed.R.Evd. 901. Paragraph 2 of Mr. Peffer's declaration fails to establish that Mr. Peffer has personal knowledge of any of the documents contained in Exhibit B, where they came from, who prepared them, how they came into his possession, or how or when they were created. *See* Fed.R.Evid. 602.

The evidence submitted in support of Defendants' Motion for Summary Judgment is inadmissible. Accordingly, the evidence should be stricken and excluded from consideration.

Respectfully submitted,

Dated: October 12, 2015 ______________________________

David J. Kaloyanides

Andrew Seidel
Rebecca Markhert
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
DOES 1 through 20 inclusive.