1  David J. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (PHV)
   Rebecca Markert (PHV)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.,
10 Michael Anderson, Larry Maldonado, and
   Does 1 through 20, inclusive

11

12                    UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                         EASTERN DIVISION

15 FREEDOM FROM RELIGION          )  Case No.: 5:14-CV-2336 JGB (DTBx)
   FOUNDATION, INC., et al.,      )
16                                )  PLAINTIFFS' SUPPLEMENTAL
                                  )  DECLARATIONS IN SUPPORT OF
17              Plaintiffs,       )  PLAINTIFFS' MOTION FOR
        vs.                       )  SUMMARY JUDGMENT
18                                )
   CHINO VALLEY UNIFIED           )
19 SCHOOL DISTRICT BOARD OF       )  Hearing Date:    November 2, 2015
   EDUCATION, etc. et al,         )  Hearing Time:    9:00 a.m.
20                                )  Courtroom:       1 Riverside
              Defendants.         )                  Hon. Jesus G. Bernal
21                                )
                                  )
22

23       Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry

24 Maldonado, and DOES 1 through 20 inclusive, hereby submit the attached

25 Supplemental Declarations in Support of Plaintiffs' Motion for Summary Judgment.

          PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
              PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

                                    1

These Supplemental Declarations are submitted pursuant to Rule 56(e) of the Federal Rules of Civil Procedure. Plaintiffs have submitted evidence sufficient to show they are entitled to have their motion granted. Defendants have asserted that Plaintiffs have failed to show their standing in this case sufficiently. Defendants are simply wrong. Plaintiffs have sufficiently shown standing in this case, and Defendants cannot point to any facts or evidence to dispute standing.

However, to avoid any delay and to clarify any possible confusion, no matter how remote, Plaintiffs submit these Supplemental Declarations to be clear about their standing in the case.

Accordingly, attached are the following Declarations. Pursuant to the Court's Protective Order dated April 15, 2015, the Declarations of the DOE Plaintiffs that reveal their true identities will be filed separately with the Court under seal.

| Exhibit | Description | Page |
|---|---|---|
| 54 | Declaration of Michael Anderson | 303 |
| 55 | Declaration of Larry Maldonado | 306 |
| 56 | Declaration of DOE 1 | 309 |
| 57 | Declaration of DOE 2 | 311 |
| 58 | Declaration of DOE 3 | 313 |
| 59 | Declaration of DOE 4 | 316 |
| 60 | Declaration of DOE 6 | 318 |
| 61 | Declaration of DOE 7 | 321 |
| 62 | Declaration of DOE 11 | 324 |

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description | Page |
|---|---|---|
| 63 | Declaration of DOE 12 | 328 |
| 64 | Declaration of DOE 13 | 332 |
| 65 | Declaration of DOE 18 | 335 |

Respectfully submitted,

Dated: October 15, 2015

David J. Kaloyanides

Andrew Seidel
Rebecca Markhert
Freedom From Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
DOES 1 through 20 inclusive.

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 54

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
303

## DECLARATION OF MICHAEL ANDERSON

I, Michael Anderson, hereby state and declare as follows:

1. I am a plaintiff in this action. I am the parent of DOEs 1 and 2, minors who attends school within the Chino Valley Unified School District. I am a resident within the District, and I have attended several meetings of the Chino Valley Unified School District Board of Education. I have also watched the subsequent broadcast of some of the meetings on local television. My children have viewed the broadcasts of the meetings.

2. I and my family are members of the Freedom from Religion Foundation, Inc.

3. My children are students in the District. I intend to go to meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. I do not want my children exposed to this either. I want to have my children see that the school respects our Constitution and does not favor religious belief over non-belief. I don't want to have to choose between participating in my child's school issues and remaining free from the Board forcing its religious views on everyone else. I also don't want my children to have to make that decision where participating in their school's governing body requires submitting to prayers and religious practices.

4. The message the Board sends by endorsing prayer and religious practice during its meetings is clear: prayer is important, prayer is better than non prayer, if something is important, then calling upon a deity is necessary and preferred. The other

1  side of the message is equally clear: if you do not pray, you are somehow lesser, you

2  are disfavored, you are not part of the school community.

3      5.    Religion is a personal choice. As parents, my spouse and I alone decide

4  how religion should be taught to our minor children, if at all. It is not the place of

5  government or any governing body to promote any religious belief, even if it happens

6  to be my personal belief. It is certainly not proper for the governing body of a school

7  to engage in such conduct. It is not proper and it is divisive and sends the wrong

8  message when a school board promotes religious belief and prayer. This is exactly

9  what the Chino Valley Unified School District Board does.

10     6.    The message of the Board is clear: its way, its beliefs, are correct and

11  certainly preferred. If anyone does not like or agree with the Board, they are free to

12  leave. The Board's promotion of religion and prayer is divisive. Its promotion of

13  prayer, any prayer, sends the message that those who do not pray, those who do not

14  believe, are lesser people, not fully welcome, and certainly not favored. This is not the

15  message I want my minor child learning from the public school.

16      I declare under penalty of perjury that the foregoing is true and correct.

17  Executed this __10th__ day of October, 2015, at Chino Hills, California.

18

19  _____

20                  Michael Anderson

21

22

23

24

25

26

305

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 55

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
306

## DECLARATION OF LARRY MALDONADO

I, Larry Maldonado, hereby state and declare as follows:

1.     I am a plaintiff in this action. I am the parent of DOE 4, a minor who attends school within the Chino Valley Unified School District. I am a resident within the District, and I have attended several meetings of the Chino Valley Unified School District Board of Education. I have also watched the subsequent broadcast of some of the meetings on local television. My child has accompanied me to the Board meetings and has viewed the broadcasts of the meetings.

2.     My child has attended different schools within the Chino Valley Unified School District over the years.

3.     I have attended Board meetings. My child who is a student in the District has attended Board meetings. I intend to go to meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs— regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. I do not want my child exposed to this either. I want to have my child see that the school respects our Constitution and does not favor religious belief over non-belief. I don't want to have to choose between participating in my child's school issues and remaining free from the Board forcing its religious views on everyone else.

4.     Religion is a personal choice. As parents, my spouse and I alone decide how religion should be taught to our minor children, if at all. It is not the place of government or any governing body to promote any religious belief, even if it happens to be my personal belief. It is certainly not proper for the governing body of a school to engage in such conduct. It is not proper and it is divisive and sends the wrong

307

1   message when a school board promotes religious belief and prayer. This is exactly

2   what the Chino Valley Unified School District Board does.

3         5.     The message of the Board is clear: its way, its beliefs, are correct and

4   certainly preferred. If anyone does not like or agree with the Board, they are free to

5   leave. The Board's promotion of religion and prayer is divisive. Its promotion of

6   prayer, any prayer, sends the message that those who do not pray, those who do not

7   believe, are lesser people, not fully welcome, and certainly not favored. This is not the

8   message I want my minor child learning from the public school.

9        I declare under penalty of perjury that the foregoing is true and correct.

10   Executed this 10 day of October, 2015, at Chino Hills, California.

11

12

13                         Larry Maldonado

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT 56

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
309

# DECLARATION OF DOE 1

I, DOE 1, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 1. I am under 18 years old and attend Chino Hills High School. I am in 12th grade. I have watched the broadcast of some of the school board meetings on local television.

2.      Student participation in school matters, including decisions governing schools is important. I want to go to board meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs— regardless of what those beliefs are. This conduct is not proper for a school nor its school board. I shouldn't be required to sit through the Board's prayers and promotion of religion to participate in my school or to participate in the Board meetings.

3.      The message the Board sends with its prayers and religious practice during its meetings is clear: this is the way we do things. This is the correct way things should be. If you do not agree with us, you can leave. The Board is trying to tell me that because I don't believe what they believe, because I don't pray and don't want to sit through prayer at a school board meeting, they are better than I am.

4.      I don't agree with the Board's religious views. I don't believe what they believe. I want to be able to go to meetings and hear what affects my school without having to listen to the Board's prayers and religious talk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>10th</u> day of October, 2015, at Chino Hills, California.


_____
                    /s/
                  DOE 1

310

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT 57

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
311

# DECLARATION OF DOE 2

I, DOE 2, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 2. I am under 18 years old and attend Chino Hills High School. I am in 9th grade. I have watched the broadcast of some of the school board meetings on local television.

2.      Student participation in school matters, including decisions governing schools is important. I want to go to board meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. What the Board is doing is wrong. I shouldn't be required to sit through the Board's prayers and promotion of religion to participate in my school or to participate in the Board meetings.

3.      I don't agree with the Board's religious views. I don't believe what they believe. I want to be able to go to meetings and hear what affects my school without having to listen to the Board's prayers and religious talk.

4.      With its prayer and pushing of religion, the Board is trying to say that I am different because I don't agree, because I don't believe what they believe. It is wrong for a school, including the school board, to make students feel different because they don't believe what the Board believes. The school board is trying to makes me feel like my school thinks my family is not as good as they are.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2015, at Chino Hills, California.


_____
              /s/
              DOE 2


312

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

EXHIBIT 58

23
24
25

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
313

26

# DECLARATION OF DOE 3

I, DOE 3, hereby state and declare as follows:

1.     I am a plaintiff in this action. I am identified as DOE 3, and I am the parent of DOEs 1 and 2, minors who attends school within the Chino Valley Unified School District. I am a resident within the District, and I have watched several meetings of the Chino Valley Unified School District Board of Education. My children have viewed the broadcasts of the meetings as well.

2.     I and my family are members of the Freedom From Religion Foundation, Inc.

3.     My children are students in the District. I intend to go to meetings in the future, and I intend to take my children. I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. I do not want my children exposed to this either. I want to have my children see that the school respects our Constitution and does not favor religious belief over non-belief. I don't want to have to choose between participating in my child's school issues and remaining free from the Board forcing its religious views on everyone else. I also don't want my children to have to make that decision where participating in their school's governing body requires submitting to prayers and religious practices.

4.     The message the Board sends by endorsing prayer and religious practice during its meetings is clear: prayer is important, prayer is better than non prayer, if something is important, then calling upon a deity is necessary and preferred. The other side of the message is equally clear: if you do not pray, you are somehow lesser, you are disfavored, you are not part of the school community.

314

5.     Religion is a personal choice. As parents, my spouse and I alone decide how religion should be taught to our minor children, if at all. It is not the place of government or any governing body to promote any religious belief, even if it happens to be my personal belief. It is certainly not proper for the governing body of a school to engage in such conduct. It is not proper and it is divisive and sends the wrong message when a school board promotes religious belief and prayer. This is exactly what the Chino Valley Unified School District Board does.

6.     The message of the Board is clear: its way, its beliefs, are correct and certainly preferred. If anyone does not like or agree with the Board, they are free to leave. The Board's promotion of religion and prayer is divisive. Its promotion of prayer, any prayer, sends the message that those who do not pray, those who do not believe, are lesser people, not fully welcome, and certainly not favored. This is not the message I want my minor child learning from the public school.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2015, at Chino Hills, California.


_____/s/_____

DOE 3

315

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT 59

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
316

# DECLARATION OF DOE 4

I, DOE 4, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 4. I am under 18 years old and attend Chino Hills High School. I am in 11th grade. I have attended at least one School Board meeting, and I have watched the broadcast of some of the school board meetings on local television.

2.      Student participation in school matters, including decisions governing schools is important. I want to go to board meetings in the future, but I do not think the Board should be having prayers and religious discussions during those meetings. I think it is wrong for a school or its board to promote or practice religion—any religion as part of a meeting. Religion should be a private matter for individuals. I do not want to have to sit through the Board's prayers and religious speeches just because I want to attend meetings to see what is happening in my school.

3.      The Board's prayers and religious practice during its meetings tells me that the Board thinks they are right and those who don't agree or believe what the Board believes are wrong.

4.      I have my own religious beliefs. It is not the Board's business to push religion—any religion. The Board should focus on the schools and the students. I don't want to have anyone, especially my school or my school board, telling me about religion when I want to participate in my school or my school district.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2015, at Chino Hills, California.

_____
/s/
DOE 4

317

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 60

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
318

# DECLARATION OF DOE 6

I, DOE 6, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 6. I am the parent of DOE 5, a former student of the Chino Valley Unified School District. I am the spouse of DOE 7, an employee of the District. I have attended several meetings of the Chino Valley Unified School District Board of Education.

2.      I am a member of the Freedom From Religion Foundation, Inc.

3.      I intend to go to meetings in the future because the Board meetings affect the children in our District and the employees of the District, such as my spouse. I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. The School Board should set an example by respecting our Constitution and not favor religious belief over non-belief. I don't want to have to choose between participating in the issues affecting my school board and remaining free from the Board forcing its religious views on everyone else.

4.      Religion is a personal choice. It is not the place of government or any governing body to promote any religious belief. It is certainly not proper for a school board. It is not proper, and it is divisive and sends the wrong message when a school board promotes religious belief and prayer. This is exactly what the Chino Valley Unified School District Board does.

5.      The message seemed to be that to participate, I would have to agree or acquiesce to their view and their beliefs. If anyone does not like or agree with the Board, they are free to leave. The Board's promotion of religion and prayer is divisive.

319

1   Its promotion of prayer, any prayer, sends the message that those who do not pray,

2   those who do not believe, are lesser people, not fully welcome, and certainly not

3   favored by the Board.

4        6.      The Board consistently thanks those who prayed at the meetings. They

5   praise those who prayed. They emphasized this particularly when the prayers were

6   Christian. The message was clear: religious people, particularly Christians, are better,

7   more favored, and everyone should adopt these beliefs.

8        I declare under penalty of perjury that the foregoing is true and correct.

9   Executed this _8TH_ day of October, 2015, at Chino Hills, California.

10

11   _Doe 6_

12             DOE 6

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 61

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
321

# DECLARATION OF DOE 7

I, DOE 7, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 7. I am the parent of DOE 5, a former student of the Chino Valley Unified School District. I am an employee of the District. I have attended several meetings of the Chino Valley Unified School District Board of Education.

2.      I am a member of the Freedom From Religion Foundation, Inc.

3.      I intend to go to meetings in the future because the Board meetings affect my students, the children in our District, as well as the employees of the District. I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. The School Board should set an example by respecting our Constitution and not favor religious belief over non-belief. I don't want to have to choose between participating in the issues affecting my school board, which is my employer, and remaining free from the Board forcing its religious views on everyone else.

4.      Religion is a personal choice. It is not the place of government or any governing body to promote any religious belief. It is certainly not proper for a school board. It is not proper, and it is divisive and sends the wrong message when a school board promotes religious belief and prayer. This is exactly what the Chino Valley Unified School District Board does.

5.      The message seemed to be that to participate, I would have to agree or acquiesce to their view and their beliefs. If anyone does not like or agree with the

1   Board, they are free to leave. The Board's promotion of religion and prayer is divisive.

2   Its promotion of prayer, any prayer, sends the message that those who do not pray,

3   those who do not believe, are lesser people, not fully welcome, and certainly not

4   favored by the Board.

5       6.      The Board consistently thanks those who prayed at the meetings. They

6   praise those who prayed. They emphasized this particularly when the prayers were

7   Christian. The message was clear: religious people, particularly Christians, are better,

8   more favored, and everyone should adopt these beliefs.

9       I declare under penalty of perjury that the foregoing is true and correct.

10   Executed this ___ day of October, 2015, at Chino Hills, California.

11

12                                      _____

13                                      DOE 7

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 62

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
324

# DECLARATION OF DOE 11

I, DOE 11, hereby state and declare as follows:

1.     I am a plaintiff in this action. I am the parent of DOEs 9 and 10, minors who attend elementary school within the Chino Valley Unified School District. I am a resident within the District, and I have attended several meetings of the Chino Valley Unified School District Board of Education. I have also watched the subsequent broadcast of some of the meetings on local television. My children have attended meetings of the Board as well.

2.     I and my family are members of the Freedom from Religion Foundation, Inc.

3.     My children are students in the District. I intend to go to meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. I do not want my children exposed to this either. As young elementary school students, they are very impressionable and believe that the school, its teachers and officials, have authority and are good examples for the children in school. I want to have my children see that the school respects our Constitution and does not favor religious belief over non-belief. I don't want to have to choose between participating in my child's school issues and remaining free from the Board forcing its religious views on everyone else. I also don't want my children to

1    have to submit to prayers and religious practices by anyone at school or those who

2    govern the schools.

3       4. The message the Board sends by endorsing prayer and religious practice

4    during its meetings is clear: prayer is important, prayer is better than non prayer, if

5    something is important, then calling upon a deity is necessary and preferred. The other

6    side of the message is equally clear: if you do not pray, you are somehow lesser, you

7    are disfavored, you are not part of the school community.

8       5. Religion is a personal choice. As parents, my spouse and I alone decide

9    how religion should be taught to our minor children, if at all. It is not the place of

10   government or any governing body to promote any religious belief. It is certainly not

11   proper for the governing body of a school to engage in such conduct. It is not proper,

12   and it is divisive and sends the wrong message when a school board promotes religious

13   belief and prayer. This is exactly what the Chino Valley Unified School District Board

14   does.

15      6. The message of the Board is clear: its way, its beliefs, are correct and

16   certainly preferred. If anyone does not like or agree with the Board, they are free to

17   leave. The Board's promotion of religion and prayer is divisive. Its promotion of

18   prayer, any prayer, sends the message that those who do not pray, those who do not

19   believe, are lesser people, not fully welcome, and certainly not favored. This is not the

20   message I want my minor child learning from the public school.

21      7. At each of the meetings I have attended, the Board consistently thanked

22   those who prayed. They praised those who prayed. They emphasized this particularly

23   when the prayers were Christian. The message was clear: religious peoples,

24

25

26

1    particularly Christians, are better, more favored, and everyone should conform to these

2    practices and beliefs.

3        I declare under penalty of perjury that the foregoing is true and correct.

4    Executed this __11__ day of October, 2015, at Chino Hills, California.

6    _Doe 11_____

7                     DOE 11

327

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT 63

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
328

1

## DECLARATION OF DOE 12

2

3

4
    I, DOE 12, hereby state and declare as follows:

5

6
    1.      I am a plaintiff in this action. I am the parent of DOEs 9 and 10, minors

7
who attend elementary school within the Chino Valley Unified School District. I am a

8
resident within the District, and I have attended several meetings of the Chino Valley

9
Unified School District Board of Education. I have also watched the subsequent

10
broadcast of some of the meetings on local television. My children have attended

11
meetings of the Board as well.

12
    2.      I and my family are members of the Freedom from Religion Foundation,

13
Inc.

14
    3.      My children are students in the District. I intend to go to meetings in the

15
future, and I do not want to be exposed to the prayers and the Board's promotion of

16
any religious beliefs—regardless of what those beliefs are. This conduct is not proper

17
for a school nor its governing body. I do not want my children exposed to this either.

18
As young elementary school students, they are very impressionable and believe that

19
the school, its teachers and officials, have authority and are good examples for the

20
children in school. I want to have my children see that the school respects our

21
Constitution and does not favor religious belief over non-belief. I don't want to have to

22
choose between participating in my child's school issues and remaining free from the

23
Board forcing its religious views on everyone else. I also don't want my children to

24

25

26

1    have to submit to prayers and religious practices by anyone at school or those who

2    govern the schools.

3         4.      The message the Board sends by endorsing prayer and religious practice

4    during its meetings is clear: prayer is important, prayer is better than non prayer, if

5    something is important, then calling upon a deity is necessary and preferred. The other

6    side of the message is equally clear: if you do not pray, you are somehow lesser, you

7    are disfavored, you are not part of the school community.

8         5.      Religion is a personal choice. As parents, my spouse and I alone decide

9    how religion should be taught to our minor children, if at all. It is not the place of

10   government or any governing body to promote any religious belief. It is certainly not

11   proper for the governing body of a school to engage in such conduct. It is not proper,

12   and it is divisive and sends the wrong message when a school board promotes religious

13   belief and prayer. This is exactly what the Chino Valley Unified School District Board

14   does.

15        6.      The message of the Board is clear: its way, its beliefs, are correct and

16   certainly preferred. If anyone does not like or agree with the Board, they are free to

17   leave. The Board's promotion of religion and prayer is divisive. Its promotion of

18   prayer, any prayer, sends the message that those who do not pray, those who do not

19   believe, are lesser people, not fully welcome, and certainly not favored. This is not the

20   message I want my minor child learning from the public school.

21        7.      At each of the meetings I have attended, the Board consistently thanked

22   those who prayed. They praised those who prayed. They emphasized this particularly

23   when the prayers were Christian. The message was clear: religious peoples,

24

25

26                                          330

particularly Christians, are better, more favored, and everyone should conform to these practices and beliefs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of October, 2015, at Chino Hills, California.

DOE 12

331

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT 64

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
332

## DECLARATION OF DOE 13

I, DOE 13, hereby state and declare as follows:

1.    I am a plaintiff in this action. I am identified as DOE 13. I am an employee of the District. I have attended several meetings of the Chino Valley Unified School District Board of Education.

2.    I intend to go to meetings in the future because the Board meetings affect my students, the children in our District, as well as the employees of the District. I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. The School Board should set an example by respecting our Constitution and not favor religious belief over non-belief. I don't want to have to choose between participating in the issues affecting my school board, which is my employer, and remaining free from the Board forcing its religious views on everyone else.

3.    Religion is a personal choice. It is not the place of government or any governing body to promote any religious belief. It is certainly not proper for a school board. It is not proper, and it is divisive and sends the wrong message when a school board promotes religious belief and prayer. This is exactly what the Chino Valley Unified School District Board does.

4.    The message seemed to be that to participate, I would have to agree or acquiesce to their view and their beliefs. If anyone does not like or agree with the Board, they are free to leave. The Board's promotion of religion and prayer is divisive. Its promotion of prayer, any prayer, sends the message that those who do not pray,

333

1   those who do not believe, are lesser people, not fully welcome, and certainly not

2   favored by the Board.

3       5.      The Board consistently thanks those who prayed at the meetings. They

4   praise those who prayed. They emphasized this particularly when the prayers were

5   Christian. The message was clear: religious people, particularly Christians, are better,

6   more favored, and everyone should adopt these beliefs.

7       I declare under penalty of perjury that the foregoing is true and correct.

8       Executed this 9TH day of October, 2015, at Chino Hills, California.

9

10

11                                      DOE 13

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                        334
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT 65

PLAINTIFFS' SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
335

**DECLARATION OF DOE 18**

I, DOE 18, hereby state and declare as follows:

1.      I am a plaintiff in this action. I am identified as DOE 18, and I am the parent of DOEs 16 and 17, minors who attend elementary school within the Chino Valley Unified School District. I am a resident within the District, and I have attended several meetings of the Chino Valley Unified School District Board of Education. I have also watched the subsequent broadcast of some of the meetings on local television. My children have attended meetings of the Board as well.

2.      I and my family are members of the Freedom from Religion Foundation, Inc.

3.      My children are students in the District. I intend to go to meetings in the future, and I do not want to be exposed to the prayers and the Board's promotion of any religious beliefs—regardless of what those beliefs are. This conduct is not proper for a school nor its governing body. I do not want my children exposed to this either. As young elementary school students, they are very impressionable and believe that the school, its teachers and officials, have authority and are good examples for the children in school. I want to have my children see that the school respects our Constitution and does not favor religious belief over non-belief. I don't want to have to choose between participating in my child's school issues and remaining free from the Board forcing its religious views on everyone else. I also don't want my children to

have to submit to prayers and religious practices by anyone at school or those who govern the schools.

4.      The message the Board sends by endorsing prayer and religious practice during its meetings is clear: prayer is important, prayer is better than non prayer, if something is important, then calling upon a deity is necessary and preferred. The other side of the message is equally clear: if you do not pray, you are somehow lesser, you are disfavored, you are not part of the school community.

5.      Religion is a personal choice. As parents, my spouse and I alone decide how religion should be taught to our minor children, if at all. It is not the place of government or any governing body to promote any religious belief. It is certainly not proper for the governing body of a school to engage in such conduct. It is not proper, and it is divisive and sends the wrong message when a school board promotes religious belief and prayer. This is exactly what the Chino Valley Unified School District Board does.

6.      The message of the Board is clear: its way, its beliefs, are correct and certainly preferred. If anyone does not like or agree with the Board, they are free to leave. The Board's promotion of religion and prayer is divisive. Its promotion of prayer, any prayer, sends the message that those who do not pray, those who do not believe, are lesser people, not fully welcome, and certainly not favored. This is not the message I want my minor child learning from the public school.

7.      At each of the meetings I have attended, the Board consistently thanked those who prayed. They praised those who prayed. They emphasized this particularly when the prayers were Christian. The message was clear: religious peoples,

337

particularly Christians, are better, more favored, and everyone should conform to these practices and beliefs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8th__ day of October, 2015, at Chino Hills, California.

DOE 18

338