1 Kevin T. Snider, State Bar No. 170988
  Matthew B. McReynolds, State Bar No. 234797
2 PACIFIC JUSTICE INSTITUTE
3 P.O. Box 276600
  Sacramento, CA 95827
4 Tel. (916) 857-6900
5 Fax (916) 857-6902

6
  Michael J. Peffer, State Bar No. 192265
7    *Counsel for Service*
8 P.O. Box 11630
  Santa Ana, CA 92711
9 Phone: (714) 796-7150
10 Fax: (714) 796-7182
   Email: michaelpeffer@pji.org
11

12 *Attorney for Defendants*

13
                   UNITED STATES DISTRICT COURT
14          FOR THE CENTRAL DISTRICT OF CALIFORNIA
15                      EASTERN DIVISION

16 FREEDOM FROM RELIGION              ) Case No.:5:14-CV-02336 JGB(DTBx)
17 FOUNDATION, INC., ET AL.,          )
                                      )
18                                    ) OBJECTION TO PLAINTIFFS'
                                      ) LATE FILED SUPPLEMENTAL
19                        Plaintiffs, ) DECLARATIONS IN SUPPORT
                                      ) OF THEIR MOTION FOR
20 vs.                                ) SUMMARY JUDGMENT
                                      )
21 CHINO VALLEY UNIFIED               )
22 SCHOOL DISTRICT BOARD OF           ) Hearing Date:  November 2, 2015
   EDUCATION, ETC. ET AL,             ) Hearing Time: 9:00 a.m.
23                                    ) Courtroom:      1 Riverside
                          Defendants  )                 Hon. Jesus G. Bernal
24 _____   )

25      Defendants THE CHINO VALLEY UNIFIED SCHOOL DISTRICT

26 BOARD OF EDUCATION, AND CHINO VALLEY UNIFIED SCHOOL

27
28 DISTRICT BOARD OF EDUCATION BOARD MEMBERS JAMES NA,

                                    1

SYLVIA OROZCO, CHARLES DICKIE, AND IRENE HERNANDEZ-BLAIR

IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES (COLLECTIVELY

REFERRED TO AS THE "BOARD"), hereby object to Plaintiffs' Supplemental

Declarations in Support of Plaintiffs' Motion For Summary Judgment.

Defendants object on two central grounds:

1)      Plaintiffs filed the declarations long after the time to file documents

in support of their Summary Judgment had passed, and after

Defendants had filed their opposition. Indeed, the declarations are

in response to Defendants' Opposition to their MSJ. There is no

reason why the declarations could not have been filed in a timely

manner, and Plaintiffs give none. L.R. 7-5(b).

2)      Plaintiffs newly filed declarations have failed to attest to personal

knowledge. FRCP 56(c)(4) (An affidavit or declaration used to

support or oppose a motion must be made on personal knowledge,

set out facts that would be admissible in evidence, and show that

the affiant or declarant is competent to testify on the matters

stated.)

In view of the lateness of the declarations, and the failure of the declarants to

assert personal knowledge, this court to strike the offending declarations.

DEFENDANTS' OBJECTIONS TO LATE FILED SUPPLEMENTAL DECLARATIONS

1

2

PACIFIC JUSTICE INSTITUTE

3

4

_/S/_Michael J. Peffer_____
        Kevin T. Snider
        Matthew B. McReynolds
        Michael J. Peffer
        Attorneys for Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' OBJECTIONS TO LATE FILED SUPPLEMENTAL DECLARATIONS