# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES--GENERAL

Case No. **EDCV14-02336-JGB (DTBx)**                    Date: **October 13, 2015**

Title: **Freedom From Religion Foundation, Inc., et al v. Chino Valley Unified School District Board of Education, et al**

===========================================================

# DOCKET ENTRY

===========================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

D. Castellanos                                  CourtSmart RS#3
Deputy Clerk                                    Court Reporter

ATTORNEY PRESENT FOR PLAINTIFF:          ATTORNEY PRESENT FOR DEFENDANTS:
David Kaloyanides                              Michael Peffer

## PROCEEDINGS:  SETTLEMENT CONFERENCE

A settlement conference was held as previously scheduled.  Attorney David Kaloyanides appeared on behalf of plaintiffs.  Attorney Michael Peffer appeared on behalf of defendants.   Following discussions between the Court and counsel, the Court determined that the case was not amenable for settlement.  Counsel were advised to continue to explore the possibility of settlement, and to contact the Court Clerk.

01     :     05

MINUTES FORM 11                    Initials of Deputy Clerk: DC
CIVIL-GEN