Kevin T. Snider, State Bar No. 170988
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902

Michael J. Peffer, State Bar No. 192265
   *Counsel for Service*
P.O. Box 11630
Santa Ana, CA 92711
Phone: (714) 796-7150
Fax: (714) 796-7182
Email: michaelpeffer@pji.org

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendant. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> **EX PARTE APPLICATION AND ORDER FOR AN ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS CAN FILE A RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF** |

1  Defendant Chino Valley Unified School District Board of Education
2  ("Defendant") by and through its attorney of record, Michael J. Peffer, hereby applies to
3  the Court ex parte for an Order extending the time within which Defendant may file its'
4  response to Plaintiffs' Supplemental Brief relative to the questions asked by this
5  Honorable Court during the hearing on November 16, 2015.

      This application is made Ex Parte because the week in which Defendant's response is due includes two days, which are court holidays, and in which counsel's office is closed.

      This application is based on the declaration of counsel, the papers, pleadings and other documents in the Court's file, and such other matters of which the Court may take judicial notice.

PACIFIC JUSTICE INSTITUTE

DATED:   October 1, 2015        _/S/_ Michael J. Peffer_____
                                     Kevin T. Snider
                                     Matthew B. McReynolds
                                     Michael J. Peffer
                                     *Attorneys for Defendants*

# ORDER

Having considered Defendant's ex parte application for an extension of time to file a response to Plaintiffs' Supplemental Brief, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Defendant shall have an additional two days within which to file a response to Plaintiffs' Supplemental Brief.

DATED: _____

_____
United States District Judge

### DECLARATION OF MICHAEL J. PEFFER

I, Michael J. Peffer, hereby state and declare as follows:

1. I am a member of the Bar of the State of California. I am a member of the Bar of this Court. I have personal, first-hand knowledge of the matters stated in this declaration and would so testify if called as a witness.

2. I am counsel of record for Chino Valley Unified School District Board of Education, and Does 1 through 20 inclusive, Defendant in this matter, and I make this declaration in support of Defendant's ex parte application for an order extending the time within which Defendant may file its' response to Plaintiffs' Supplemental Brief relative to the questions asked by this Honorable Court during the hearing on November 16, 2015.

3. On November 16, 2015, this Court granted Plaintiffs one week to prepare a Supplemental Brief responding to questions this Court had following the hearing on the parties Motions for Summary Judgment. The Supplemental Brief was due within one week. Thereafter, Defendant was ordered to respond within one week. The time within which Defendant must file its response includes two days that are court holidays and holidays for Pacific Justice Institute. Pacific Justice Institute is closed on Thanksgiving and the day after Thanksgiving.

4. Defendant asks for an additional two days time within which it may file a respond to Plaintiffs' Supplemental Brief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November 2015, at Santa Ana, California.

_____/s/Michael J. Peffer_____
Michael J. Peffer