Kevin T. Snider, State Bar No. 170988
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902

Michael J. Peffer, State Bar No. 192265
   *Counsel for Service*
P.O. Box 11630
Santa Ana, CA 92711
Phone: (714) 796-7150
Fax: (714) 796-7182
Email: michaelpeffer@pji.org

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ETC. ET AL,<br>Defendants | Case No.:5:14-CV-02336 JGB(DTBx)<br><br>OBJECTION TO PLAINTIFFS' LATE FILED SUPPLEMENTAL DECLARATIONS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: November 2, 2015<br>Hearing Time: 9:00 a.m.<br>Courtroom:    1 Riverside<br>             Hon. Jesus G. Bernal |

Defendants THE CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, AND CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, AND IRENE HERNANDEZ-BLAIR

IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES, hereby object to Plaintiffs' Supplemental Declarations in Support of Plaintiffs' Motion For Summary Judgment filed November 23, 2015.

Defendants object on three central grounds:

1) Plaintiffs filed the declarations long after the time to file documents in support of their Summary Judgment had passed, and after Defendants had filed their opposition. There is no justification given as to why the declarations could not have been filed in a timely manner, and Plaintiffs give none. L.R. 7-5(b).

2) Plaintiffs newly filed declarations have failed to attest to personal knowledge. FRCP 56(c)(4) (An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated.)

3) The declarations are of little evidentiary value. "Cookie-cutter" declarations do not inspire confidence. *Espinoza v. Domino's Pizza, LLC*, 2009 U.S. Dist. LEXIS 31093 (C.D. Cal. Feb. 18, 2009). Court's strongly disapprove of such. *Silverman v. Smithkline Beecham Corp.*, 2007 U.S. Dist. LEXIS 80030, fn. 5 (C.D. Cal. Oct. 15, 2007).

In view of the lateness of the declarations, the failure of the declarants to assert personal knowledge, and the failure to provide statements unique to the individual declarants, Defendants request that this Court strike the offending declarations.

DEFENDANTS' OBJECTIONS TO LATE FILED SECOND SET OF SUPPLEMENTAL DECLARATIONS

PACIFIC JUSTICE INSTITUTE

_/S/_ Kevin Snider_____
Kevin T. Snider
Matthew B. McReynolds
Michael J. Peffer
Attorneys for Defendants