1  David J. Kaloyanides SBN 160368
   E: djpkaplc@me.com
2  DAVID J.P. KALOYANIDES
   A PROFESSIONAL LAW CORPORATION
3  15338 Central Avenue
   Chino, CA 91710
4  T: (213) 623-8120/F: (213) 402-6292

5  Andrew L. Seidel  (PHV)
   Rebecca Markert (PHV)
6  E: aseidel@ffrf.org/rmarkert@ffrf.org
   Freedom From Religion Foundation, Inc.
7  PO Box 750
   Madison, WI 53701
8  T: (608) 256-8900

9  Attorney for Plaintiffs
   Freedom From Religion Foundation, Inc.,
10 Michael Anderson, Larry Maldonado, and
   Does 1 through 20, inclusive

11
                    UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                          EASTERN DIVISION
14

15 FREEDOM FROM RELIGION          )  Case No.: 5:14-CV-2336 JGB (DTBx)
   FOUNDATION, INC., et al.,      )
                                  )  PLAINTIFFS' EX PARTE
16               Plaintiffs,      )  APPLICATION TO FILE RESPONSE
          vs.                     )  TO DEFENDANTS' OBJECTIONS TO
17                                )  PLAINTIFFS' SUPPLEMENTAL
                                  )  DECLARATIONS IN SUPPORT OF
18 CHINO VALLEY UNIFIED           )  PLAINTIFFS' MOTION FOR
   SCHOOL DISTRICT BOARD OF       )  SUMMARY JUDGMENT
   EDUCATION, etc. et al,         )
19                                )
               Defendants.        )
20                                )
                                  )
21                                )

22      Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry

23 Maldonado, and Does 1-20 inclusive, by and through their attorney of record in this

24
                                      1
25 EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS'
     OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS
26

1    case, David J. Kaloyanides, hereby apply to the Court ex parte for an order permitting

2    Plaintiffs to respond to Defendants' Objections to Plaintiffs' Supplemental Declarations

3    filed in Support of the Supplemental Brief filed following the hearing on the Motion for

4    Summary Judgment.

5         This application is made ex parte because of the time-sensitive nature of the

6    request. If Plaintiffs were to be bring this request by a fully noticed motion the time in

7    which to hear this request would moot the request itself. This is a request to respond to

8    an objection filed by Defendants. As the Court did not expressly authorize further

9    responses other than the supplemental briefing and declarations, the only meaningful and

10   timely means of seeking the Court's leave is by this ex parte application.

11        Defendants have indicated that they oppose the ex parte application. Defendants

12   did not inform counsel for Plaintiffs whether they would file any formal opposition.

13        This application is based on the attached declaration of counsel, the papers,

14   pleadings, and other documents in the Court's file, the record of the hearing on the

15   Motion for Summary Judgment, and such other matters of which the Court may take

16   judicial notice.

17                                      Respectfully submitted,

18

19        Dated: December 2, 2015        _____

20                                       David J. Kaloyanides

21                                       Andrew Seidel
                                         Rebecca Markert
22                                       Freedom from Religion Foundation, Inc.

23                                       Attorneys for Plaintiffs

24
                                              2
25   EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS'
        OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS
26

# DECLARATION OF COUNSEL

I, David J. Kaloyanides, hereby state and declare as follows:

1.      I am a member of the Bar of this State. I am a member of the Bar of this Court. I am duly licensed to practice law before the courts of this State and before this Honorable Court. I am counsel of record for Plaintiffs in this matter and make this declaration in support of Plaintiffs' ex parte application for leave to file a response to Defendants' objections to Plaintiffs' Supplemental Declarations. I have personal knowledge of the matters stated herein and would so testify if called as a witness.

2.      At the hearing on the parties' cross-motions for Summary Judgment, the Court ordered additional briefing on specific issues. Plaintiffs were to file their supplemental papers within one week, and Defendants were to file their supplemental papers one week thereafter. The Court did not address whether Plaintiffs would have the opportunity to respond to Defendants' filing.

3.      Plaintiffs seek leave to file a limited response to Defendants' objections to Plaintiffs' supplemental declarations as Defendants have mischaracterized the record and the Court's order regarding the supplemental filing.

4.      This request cannot be made on a fully noticed motion as such a delay would effectively moot the purpose of the request.

5.      On December 2, 2015, I communicated with counsel for Defendants, Michael Peffer, to inform him of the ex parte application and the nature of the request. Mr. Peffer indicated that Defendants oppose this ex parte application. However, Mr. Peffer did not state whether Defendants would file a formal opposition.

6.      Because the Court did not indicate whether Plaintiffs would be permitted to

EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS

1  respond to Defendants' supplemental filings, Plaintiffs request leave of the Court to file

2  a response. The response is submitted concurrently herewith and with the accompanying

3  Notice of Lodging.

4         7.    Plaintiffs request that the Court grant leave for Plaintiffs' lodged response

5  to be filed.

6         I declare under penalty of perjury that the foregoing is true and correct.

7         Executed this 3rd day of December, 2015, at Chino, California.

8

9                                    David J. Kaloyanides

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                4
   EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS'
      OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS

26