David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> [PROPOSED] ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS |

   This matter has come before the Court on the ex parte application of Plaintiffs.

The Court has considered the application, and good cause appearing therefor:

---
1
[PROPOSED] ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS

IT IS HEREBY ORDERED that Plaintiffs' ex parte application is GRANTED. Plaintiffs' Response to Defendants' Objections to Plaintiffs' Supplemental Declarations, which has been lodged with the Court is hereby ordered FILED.

IT IS SO ORDERED.

December ___, 2015

_____
UNITED STATES DISTRICT JUDGE

Presented by:
David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710

*David J. Kaloyanides*
Attorney for Plaintiffs