David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' NOTICE OF LODGING |

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive, by and through their attorney of record in this case, David J. Kaloyanides, hereby give NOTICE OF LODGING of Plaintiffs' Response

1
NOTICE OF LODGING

1  to Defendants' Objections to Plaintiffs' Supplemental Declarations submitted
2  concurrently herewith and which is the subject of Plaintiffs' ex parte application for
3  leave to file the response.
4       Plaintiffs' Response is lodged concurrently with this Notice.

                              Respectfully submitted,

Dated: December 3, 2015       _____
                              David J. Kaloyanides

                              Andrew Seidel
                              Rebecca Markert
                              Freedom from Religion Foundation, Inc.

                              Attorneys for Plaintiffs