David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS |

This matter has come before the Court on the ex parte application of Plaintiffs.

The Court has considered the application, and good cause appearing therefor:

---

1   IT IS HEREBY ORDERED that Plaintiffs' ex parte application is GRANTED.

2   Plaintiffs' Response to Defendants' Objections to Plaintiffs' Supplemental Declarations,

3   which has been lodged with the Court is hereby ordered FILED.

4   IT IS SO ORDERED.

7   Dated:  December 3, 2015

8   UNITED STATES DISTRICT JUDGE

10   Presented by:
    David J. Kaloyanides SBN 160368
11   E: djpkaplc@me.com
    DAVID J.P. KALOYANIDES
12   A PROFESSIONAL LAW CORPORATION
    15338 Central Avenue
13   Chino, CA 91710

15   *David J. Kaloyanides*
    Attorney for Plaintiffs

2
ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' OBJECTIONS