FILED
CLERK, U.S. DISTRICT COURT
12/3/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: MM DEPUTY

David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-2336 JGB (DTBx) <br><br> PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

1

PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO
SUPPLEMENTAL DECLARATIONS

Plaintiffs Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, and Does 1-20 inclusive, by and through their attorney of record in this case, David J. Kaloyanides, hereby submit this Response to Defendants' Objections to Plaintiffs' Supplemental Declarations.

Defendants' objections to Plaintiffs' Supplemental Declarations are not good faith objections and are patently frivolous. Although Defendants purport to raise substantive objections to the content of the declarations, each of which has no merit, the crux of their objections is that Plaintiffs filed supplemental declarations at all. Because Plaintiffs filed the supplemental declarations at the *express invitation of the Court* at the conclusion of the hearing on the parties' cross-motions for Summary Judgment, Defendants' objections are meritless.

Defendants' supplemental briefing and objections misconstrue the holdings of case authority and applicable statutes. Defendants' objections also ignore the fact that the Court requested further briefing on the question of Plaintiffs' standing and, specifically whether it was necessary for Plaintiffs to allege with particularity the dates of attendance at the School Board Meetings in order to show standing. The Court then invited Plaintiffs to submit additional declarations and gave examples of what the Court would like to see: *the date of attendance and who gave the prayer at the meeting*. The Court imposed a page limit on the supplemental briefing for the parties but did not state that Plaintiffs' supplemental declarations were subject to that limitation.

Defendants' objections, both to the fact of the submission and the additional substantive assertions, are unfounded and should be overruled.

Respectfully submitted,

Dated: December 3, 2015

_____
David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs

---

3
PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO
SUPPLEMENTAL DECLARATIONS