Name and address:
Kevin T. Snider, State Bar No. 170988
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
Post Office Box 276600, Sacramento, California  95827
Michael J. Peffer, State Bar No. 192265
Post Office Box 11630, Santa Ana, California  92711

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.<br><br>v.                                          PLAINTIFF(S)<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>5:14-cv-2336 JGB (DTBx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael J. Peffer                                                                 CA Bar Number: 192265

Firm or agency:  Pacific Justice Institute

Address:  Post Office Box 11630

Telephone Number:  (714) 796-7150                           Fax Number:  (714) 796-7182

E-mail: michaelpeffer@pji.org

Counsel of record for the following party or parties:  Defendants, Chino Valley Unified School District Board of Education; Chino Valley Unified School District Board of Education Board Members James Na, Sylvia Orozco, Charles Dickie, Andrew Cruz, Irene Hernandez-Blair in their official representative capacities.

Other members of the same firm or agency also seeking to withdraw:  Kevin T. Snider and Matthew B. McReynolds

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Robert H. Tyler CA Bar Number: 179572

Firm or agency: Tyler & Bursch, LLP

Address: 24910 Las Brisas Road, Suite 110, Murrieta, California 92562

Telephone Number: (951) 600-2733 Fax Number: (951) 600-4996

E-mail: rtyler@tylerbursch.com

**SECTION III - SIGNATURES**

***Withdrawing Attorney***

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 03/10/2016 Signature: [signature]

Name: Michael J. Peffer, Esq.

***New Attorney (if applicable)***

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 03/10/2016 Signature: [signature]

Name: Robert H. Tyler, Esq.

***Party Represented by Withdrawing Attorney***

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 03/10/2016 Signature: [signature]

Name: Wayne M. Joseph

Title: Chino Valley Unified School District Superintendent