**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al. <br><br>Plaintiff(s) <br><br>v. <br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al. <br><br>Defendant(s) | CASE NUMBER <br><br> 5:14-cv-2336 JGB (DTBx) <br><br> (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Chino Valley Unified School District    ☐ Plaintiff ☒ Defendant ☐ Other
_____
*Name of Party*

to substitute Robert H. Tyler of Tyler & Bursch, LLP    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

24910 Las Brisas Road, Suite 110
_____
*Street Address*

Murrieta, California  92562      rtyler@tylerbursch.com
_____      _____
*City, State, Zip*      *E-Mail Address*

(951) 600-2733      (951) 600-4996      179572
_____      _____      _____
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of Pacific Justice Institute, Michael J. Peffer, Kevin T. Snider and Matthew B.
*List **all** attorneys from same firm or agency who are withdrawing.*
McReynolds

_____

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated    March 11, 2016
_____      _____
     U. S. District Judge/U.S. Magistrate Judge