David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
DAVID J.P. KALOYANIDES
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Andrew L. Seidel  (PHV)
Rebecca Markert (PHV)
E: aseidel@ffrf.org/rmarkert@ffrf.org
Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
T: (608) 256-8900

Attorney for Plaintiffs
Freedom From Religion Foundation, Inc.,
Michael Anderson, Larry Maldonado, and
Does 1 through 20, inclusive

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | Case No.: 5:14-CV-2336 JGB (DTBx) |
| Plaintiffs,<br>vs. | NOTICE AND PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, | Hearing Date:       April 4, 2016<br>Hearing Time:      9:00 a.m.<br>Courtroom:         1 Riverside |
| Defendants. | Hon. Jesus G. Bernal |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2016, at 9:00 a.m., or on such other

date and at such other time as the matter may be heard in connection with Plaintiffs'

1
NOTICE AND PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

pending Motion for Attorney's Fees to be heard before the Honorable Jesus G. Bernal, United States District Court Judge, in Courtroom 1 of the United States District Court, located at 3470 Twelfth Street, Riverside, California, Plaintiffs will and hereby do request that the Court take judicial notice of the federal court records specified in the attached request for judicial notice, pursuant to Federal Rules of Evidence Rule 201. This request is made in support of Plaintiffs' Reply to the Defendants' Opposition to the Motion for Attorney's Fees.

Respectfully submitted,

Dated: March 21, 2016

David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs
Freedom From Religion Foundation,
Inc., Michael Anderson, Larry
Maldonado, and Does 1-20 inclusive.

NOTICE AND PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

# REQUEST FOR JUDICIAL NOTICE

Rule 201 of the Federal Rules of Evidence permits a court, on its own or upon request of a party who supplies the necessary information, to "judicially notice a fact that is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." A federal court can take judicial notice of its own records, *see Chandler v. United States*, 378 F.2d 906, 909-10 (9th Cir. 1967); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases"), as well as judicial proceedings in other courts. *See Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014); *Fallay v. City & Cty. of San Francisco*, 604 F. App'x 539, 541, fn.2 (9th Cir. 2015)

Plaintiffs hereby request the Court to take judicial notice of the records in the United States District Court for the Central District of California of the following cases with corresponding case numbers:

1. Dove v. Charter Oak Unified School District, 2:00-CV-02284 CBM;

2. Figueroa v. Spoeri, et al., 2:00-CV-04960 MMM;

3. K.A. v. Baldwin Park Unified School District et al., 2:09-CV-03036 PA;

4. Brown v. Etiwanda Elementary School District, et. al., 5:04-CV-00659 RT;

5. Child Evangelism Fellowship, Inc. High Desert Chapter v. Bear Valley Unified School District, 5:04-CV-01060 VAP;

6. Conor v. Colton Unified School District, et al., 5:06-CV-00430 SGL;

7. Corales et al., v. Bennett et al., 5:06-CV-00849 SGL;

8.  California Teachers Association et al., v. Orange County Department of Education, 8:00-CV-01080 GLT;

9.  USA v. Lopez, 2:09-CR-00653 SWV;

10. USA v. Brines, 2:10-CR-01094 R;

11. Mackey v. California Highway Patrol, et al., 2:11-cv-03560 DMG;

12. USA v. Andreis, et al., 2:13-CR-00631 DSF;

13. I.M. et al., v. West Covina Unified School District, et al., 2:14-CV-06996 ODW; and

14. Mountain Right to Life, Inc., v. Kamala Harris, California Attorney General, et al., 5:16-CV-00119 THJ.

The above judicial records pertain to the docket of this Court are not subject to dispute. Accordingly, Plaintiffs request that the Court take judicial notice of these records.

Respectfully submitted,

Dated: March 21, 2016

David J. Kaloyanides

Andrew Seidel
Rebecca Markert
Freedom from Religion Foundation, Inc.

Attorneys for Plaintiffs

2

NOTICE AND PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE