1  TYLER & BURSCH, LLP
2  Robert H. Tyler, CA Bar No. 179572
   rtyler@tylerbursch.com
3  Jennifer L. Bursch, CA Bar No. 245512
4  jbursch@tylerbursch.com
   24910 Las Brisas Road, Suite 110
5  Murrieta, California 92562
6  Tel:  (951) 600-2733
   Fax: (951) 600-4996
7
8  Attorneys for Defendants, **CHINO**
9  **VALLEY UNIFIED SCHOOL**
   **DISTRICT, et al.**
10

11              UNITED STATES DISTRICT COURT
12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, a minor by and through his/her guardian; DOE 2, and DOE 2 individually; DOE 3 and DOE 4,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; and CHINO VALLEY UNIFIED SCHOOL BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, IRENE HERNANDEZ-BLAIR, in their official representative capacities,<br><br>Defendants. | Case No.:  EDCV 14-2336-JGB (DTBx)<br><br>**DEFENDANTS' REPRESENTATION STATEMENT PURSUANT TO LOCAL CIRCUIT RULE 3-2**<br><br>Judge:  Jesus G. Bernal |

The undersigned represents Defendants-Appellees, Chino Valley Unified School District Board Of Education; Chino Valley Unified School Board Of Education Board Members James Na, Sylvia Orozco, Charles Dickie, Andrew Cruz, and Irene Hernandez-Blair, in their official representative capacities in this matter and no other party. The following are parties to this action, along with the names, addresses, and telephone numbers of their respective counsel:

**A.  Plaintiffs-Respondents**

Freedom From Religion Foundation, Inc.; Doe 1, a minor by and through his/her guardian; Doe 2, and Doe 2 individually; Doe 3 and Doe 4

**B.  Counsel for Plaintiffs-Respondents**

David J P Kaloyanides

Andrew L. Seidel

Rebecca Markert

David J P Kaloyanides Law Offices

15338 Central Avenue

Chino, California 91710

Telephone: 213-623-8120; Facsimile: 213-402-6292

**Defendants-Appellants**

Chino Valley Unified School District Board Of Education; Chino Valley Unified School Board Of Education Board Members James Na, Sylvia Orozco, Charles Dickie, Andrew Cruz, and Irene Hernandez-Blair, in their official representative capacities

///
///
///
///
///
///

C. **Counsel for Defendants-Appellants**

Robert H. Tyler, Esq.

Jennifer L. Bursch, Esq.

Tyler & Bursch, LLP

24910 Las Brisas Road, Suite 109

Murrieta, California 92562

Telephone: (951) 600-2733; Facsimile: (951) 600-4996

Respectfully submitted,

TYLER & BURSCH, LLP

Dated: March 30, 2016

/s/ Robert H. Tyler
Robert H. Tyler
Attorneys for Defendants **CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, and CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, and IRENE HERNANDEZ-BLAIR**

# CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562.

On March, 31, 2016, I caused to be served the foregoing documents described below on the following interested parties in this action:

**DEFENDANTS' REPRESENTATION STATEMENT PURSUANT TO LOCAL CIRCUIT RULE 3-2**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **David J P Kaloyanides**
  djpkaplc@me.com
- **Andrew L Seidel**
  aseidel@ffrf.org
- **Rebecca Markert**
  rmarkert@ffrf.org

Executed on March 31, 2016, at Murrieta, California.

☒ (Federal) I declare that I am a member of the Bar of this Court at whose direction the service was made.

s/ Robert H. Tyler
Email: rtyler@tylerbursch.com
