# EXHIBIT "B"

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL. Plaintiffs, v. CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ET AL. Defendants. | Case No. EDCV 14-2336-JGB (DTBx) **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, Plaintiffs' Motion for Summary Judgment is GRANTED as to Plaintiffs' claims under Section 42 U.S.C. § 1983 against Defendants James Na, Sylvia Orozco, Andrew Cruz and Irene Hernandez-Blair, members of the Chino Valley Unified School District Board of Education in their official representative capacities, for violations of Plaintiffs' First Amendment rights.

The Court orders that judgment shall be entered as follows:

1

1. The Court DECLARES that the Resolution permitting religious prayer in Board meetings, and the policy and custom of reciting prayers, Bible readings, and proselytizing at Board meetings, constitute unconstitutional government endorsements of religion in violation of Plaintiffs' First Amendment rights.

2. Defendants James Na, Sylvia Orozco, Andrew Cruz and Irene Hernandez-Blair, members of the Chino Valley Unified School District Board of Education in their official representative capacities, are hereby ENJOINED from conducting, permitting or otherwise endorsing school-sponsored prayer in Board meetings.

3. Pursuant to 42 U.S.C. § 1988, Plaintiffs are entitled to costs, including reasonable attorney's fees, incurred in bringing this action to vindicate violations of Plaintiffs' constitutional rights.

IT IS SO ORDERED.

Dated: February 18, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge