TYLER & BURSCH, LLP
Robert H. Tyler, CA Bar No. 179572
rtyler@tylerbursch.com
Jennifer L. Bursch, CA Bar No. 245512
jbursch@tylerbursch.com
24910 Las Brisas Road, Suite 110
Murrieta, California  92562
Tel:   (951) 600-2733
Fax:  (951) 600-4996

Attorneys for Defendants, **CHINO VALLEY UNIFIED SCHOOL DISTRICT, et al.**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, a minor by and through his/her guardian; DOE 2, and DOE 2 individually; DOE 3 and DOE 4,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; and CHINO VALLEY UNIFIED SCHOOL BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, IRENE HERNANDEZ-BLAIR, in their official representative capacities,<br><br>Defendants. | Case No.:  EDCV 14-2336-JGB (DTBx)<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT H. TYLER IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF ATTORNEY'S FEES AND APPROVAL OF THE PROPOSED BOND**<br><br>Hearing:<br>Date:       June 13, 2016<br>Time:       9:00 a.m.<br>Ctrm:        1<br>Judge:      Honorable Jesus G. Bernal |

I, Robert H. Tyler, Esq., certify, and state under penalty of perjury under the laws of the United States of America, as follows:

1. I am over the age of 18 years, an am not a party to this matter. I am an attorney licensed to practice law before all courts in the State of California, as well as the Central District Court of California. I am a partner at Tyler & Bursch, LLP, counsel of record for the Defendants for the appealing the decision of the trial court in the above titled litigation. I have personal knowledge of the facts stated herein.

2. On April 20, 2016, I prepared a letter (the "Letter") and sent it to Mr. David J. Kaloyanides, Esq., employed by David J. P. Kaloyanides, PLC; Mr. Andrew L. Seidel, Esq., and Ms. Rebecca Markert, Esq., employed by Freedom From Religion Foundation, Inc.; who collectively are counsel for the Plaintiffs in this case (collectively herein after to as "Opposing Counsel"). I have attached the Letter to my declaration as Exhibit "A", but have redacted portions of it because it contains confidential settlement communications.

3. The purpose of the Letter was two-fold: 1) to communicate to Opposing Counsel that the Defendants were in the process of obtaining a bond to post in lieu of paying attorneys' fees during the pendency of the appellate action; and 2) to attempt to settle the attorneys' fees in a manner that would be beneficial to both parties.

4. I fully expected Opposing Counsel to provide some type of response to the Letter, given that I raised two separate issues in the Letter. Opposing Counsel never responded to acknowledge their receipt of the Letter or to substantively oppose and/or counter the proposals in the Letter.

5. Based on the lack of response, I was concerned that Opposing Counsel would begin attempting to collect the attorneys' fees after it became clear they had no intention of settling the amount of attorneys' fees or stipulate to the posting of a bond.

6. After conferring with Defendants, they were adamant that we prepare and file the Motion as quickly as possible.

///

**DECLARATION OF ROBERT H. TYLER IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF ATTORNEY'S FEES AND APPROVAL OF PROPOSED BOND**         EDCV 14-2336-JGB (DTBx)

7. It is my belief that the Letter served as notice to Opposing Counsel that Defendants intended to move the Court to approve the bond and also provided an alternative resolution to filing the Motion, therefore complying with Local Rule 7-3. Opposing Counsel never responded to the Letter, which I presumed to mean they would not be willing to stipulate to the issue or reach a settlement, therefore requiring Tyler & Bursch to prepare and file the Motion on behalf of our clients.

8. The lack of certification in the moving papers, was merely an error on behalf of myself and the associates that assisted me in preparing the Motion. At the time the Motion was filed, I was in trial in Los Angeles, California, a trial that is still ongoing. I had a senior associate oversee the work of a new associate at my firm with regards to preparing the Motion. I discussed the Motion and the contents of the Motion with them prior to electronically signing my name to the Motion. There was miscommunication between myself and the two associates that assisted me, that resulted in the failure to include a Local Rule 7-3 certification.

9. I believe we have substantially complied with Local Rule 7-3, and any lack of meet and confer is the result of Opposing Counsel's failure to respond to the Letter. The lack of certification was merely an error which does not result in prejudice to the Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th, day of May, 2016, at Murrieta, California.

                                            s/Robert H. Tyler
                                            ROBERT H. TYLER

**DECLARATION OF ROBERT H. TYLER IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF ATTORNEY'S FEES AND APPROVAL OF PROPOSED BOND**    EDCV 14-2336-JGB (DTBx)

# CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562.

On May 27, 2016, I caused to be served the foregoing documents described below on the following interested parties in this action:

**SUPPLEMENTAL DECLARATION OF ROBERT H. TYLER IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF ATTORNEY'S FEES AND APPROVAL OF THE PROPOSED BOND**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **David J P Kaloyanides**
  djpkaplc@me.com
- **Andrew L Seidel**
  aseidel@ffrf.org
- **Rebecca Markert**
  rmarkert@ffrf.org

Executed on May 27, 2016, at Murrieta, California.

☒ (Federal)   I declare that I am a member of the Bar of this Court at whose direction the service was made.

                                                 s/ Robert H. Tyler
                                        Email: rtyler@tylerbursch.com

# ATTACHMENT

# TYLER & BURSCH, LLP
### LAWYERS & ADVISORS

Reply To:
**Riverside County Office:**
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone: 951.600.2733
Facsimile: 951.600.4996

www.tylerbursch.com

**Orange County Office:**
The Logos Building
3000 West MacArthur Boulevard
Suite 440
Santa Ana, California 92704
Telephone: 949.707.2733

April 20, 2016

**VIA ELECTRONIC AND U. S. MAIL**

Mr. David J. Kaloyanides, Esq.
David J. P. Kaloyanides, PLC
15338 Central Avenue
Chino, California 91710
Email: *djpkaplc@me.com*

Mr. Andrew L. Seidel, Esq.
Ms. Rebecca Markert, Esq.
Freedom from religion Foundation, Inc.
Post Office Box 750
Madison, Wisconsin 53701
Email: *aseidel@ffrf.org*
       *rmarkert@ffrf.org*

Re:   *Freedom From Religion Foundation, Inc. v. Chino Valley Unified School Ditrict Board of Education, et al.*
      United States District Court, Central District of California Case No.: 5-14-CV-2336

Dear Counsel,

As you know, we have filed a Notice of Appeal on behalf of the Board of Education in the Ninth Circuit. I have also reviewed the court's order granting plaintiffs $202,971.70 in attorney's fees and costs. The District is in the process of obtaining a bond to post in lieu of paying fees and costs while on appeal. In the event that the District Court is reversed in whole or in part, the award may be reduced or entirely eliminated. Therefore, the District believes it is in their best interest to post a bond.

# REDACTED

Mr. David J. Kaloyanides, Esq.
Mr. Andrew L. Seidel, Esq.
Ms. Rebecca Markert, Esq.
April 20, 2016
Page 2 of 2

# REDACTED

I look forward to hearing from you.

Kind regards,

Robert H. Tyler, Esq.

RHT:jal

cc: Mr. Wayne Joseph (via U. S. Mail)