1  TYLER & BURSCH, LLP
2  Robert H. Tyler, CA Bar No. 179572
   rtyler@tylerbursch.com
3  Jennifer L. Bursch, CA Bar No. 245512
4  jbursch@tylerbursch.com
   24910 Las Brisas Road, Suite 110
5  Murrieta, California  92562
6  Tel:  (951) 600-2733
   Fax:  (951) 600-4996
7
8  Attorneys for Defendants, **CHINO**
9  **VALLEY UNIFIED SCHOOL**
   **DISTRICT BOARD OF EDUCATION**
10 **AND CHINO VALLEY UNIFIED**
11 **SCHOOL DISTRICT, et al.**

ORIGINAL



12              UNITED STATES DISTRICT COURT
13           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, a minor by and through his/her guardian; DOE 2, and DOE 2 individually; DOE 3 and DOE 4, <br><br>Plaintiffs, <br><br>vs. <br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; and CHINO VALLEY UNIFIED SCHOOL BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, IRENE HERNANDEZ-BLAIR, in their official representative capacities, <br><br>Defendants. | Case No.: EDCV 14-2336-JGB (DTBx) <br><br>**CERTIFICATE OF ATTORNEY** <br><br>Judge: Jesus G. Bernal |

This bond has been examined pursuant to L.R. 65-3 and is recommended for approval. It is required by law to be approved by a judge.

Respectfully submitted,

TYLER & BURSCH, LLP

Dated: June 28, 2016

By: /s/ R. Tyler
Robert H. Tyler
Attorneys for Defendants **CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, and CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION BOARD MEMBERS JAMES NA, SYLVIA OROZCO, CHARLES DICKIE, ANDREW CRUZ, and IRENE HERNANDEZ-BLAIR**

## PROOF OF SERVICE

*Freedom from Religion Foundation, Inc. v.*
*Chino Valley Unified School District Board of Education, et al.*
*United States District Court, Central District of California,*
*Eastern Division, Case No.: EDCV 14-2336-JGB (DTBx)*

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562.

On June 28, 2016, I caused to be served the **CERTIFICATE OF ATTORNEY** on the following interested parties in this action:

### SEE ATTACHED MAILING LIST

☒ **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at or near Murrieta, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 28, 2016 at Murrieta, California.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Joy A. Lloyd

CERTIFICATE OF SERVICE                                    EDCV 14-2336-JGB (DTBx)

## Mailing List
*Freedom from Religion Foundation, Inc. v.*
*Chino Valley Unified School District Board of Education, et al.*
*United States District Court, Central District of California,*
*Eastern Division, Case No.: EDCV 14-2336-JGB (DTBx)*

David J P Kaloyanides                         Counsel for Plaintiffs
David J P Kaloyanides Law Offices
15338 Central Avenue
Chino, California  91710
Tel:    213-623-8120
Fax:    213-402-6292
Email: djpkaplc@me.com

Andrew L Seidel
Rebecca Markert
Freedom From Religion Foundation Inc
Post Office Box 750
Madison, Wisconsin  53701
Tel:    608-256-8900
Fax:    608-204-0422
Email: aseidel@ffrf.org
Email: rmarkert@ffrf.org

## International Fidelity Insurance Company
## Address for Service: 2999 Oak Road, #820, Walnut Creek, CA 94597

## RIDER

To be attached to and form a part of Bond No. **0663961**

in the amount of $ **225,000.00** issued by International Fidelity Insurance Company

on behalf of **Chino Valley Unified School District Board of Education, ET AL.**

in favor of **Freedom From Religion Foundation, Inc., ET AL.**

Whereas the United States District Court, Central District of California has requested that this bond be **increased**.

It is hereby understood and agreed that the bond penalty is **increased** from $ **225,000.00** to $ **255,000.00** such **increase** being effective **April 26th, 2016**.

Signed, sealed and dated this **24th** day of **June** 20 **16**.

International Fidelity Insurance Company

By: _____

Arturo Ayala     Attorney-in-Fact

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

County of Orange

On June 24th, 2016 before me, Karen L. Ritto, Notary Public,
   Date                                Insert Name of Notary exactly as it appears on the official seal

personally appeared Arturo Ayala
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
          Signature of Notary Public  Karen L. Ritto

**KAREN L. RITTO**
COMM. #2138527
Notary Public-California
ORANGE COUNTY
My Comm. Expires Dec 30, 2019

Place Notary Seal Above

— **OPTIONAL** —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of the form to another document.*

**Description of Attached Document**

Title or Type of Document: Rider

Document Date: June 24th, 2016                    Number of Pages: One (1)

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Arturo Ayala
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner   ☐ Limited ☐ General
☒ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner   ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Tel (973) 624-7200

# POWER OF ATTORNEY

## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

Bond No. 0966391

**KNOW ALL MEN BY THESE PRESENTS:** That **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and **ALLEGHENY CASUALTY COMPANY** a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

**ANDREW WATERBURY, DWIGHT REILLY, ARTURO AYALA, DANIEL HUCKABAY**

Orange, CA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Chief Executive Officer or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 22nd day of July, 2014.

STATE OF NEW JERSEY
County of Essex

**ROBERT W. MINSTER**
Chief Executive Officer (International Fidelity Insurance Company) and President (Allegheny Casualty Company)

On this 22nd day of July 2014, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2019

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 24th day of June, 2016.

**MARIA BRANCO, Assistant Secretary**