# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Joy Lloyd |
| 2a. Contact Phone Number | (951) 600-2733 |
| 3a. Contact E-mail Address | jlloyd@tylerbursch.com |
| 1b. Attorney Name (if different) | Robert H. Tyler |
| 2b. Attorney Phone Number | (951) 600-2733 |
| 3b. Attorney E-mail Address | rtyler@tylerbursch.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

TYLER & BURSCH, LLP
24910 Las Brisas Road, Suite 110
Murrieta, California 92562

**5. Name & Role of Party Represented:** Attorneys for Defendants, CHINO VALLEY UNIFIED SCHOOL DISTRICT, et al.

**6. Case Name:** Freedom From Religion Foundation, Inc. v. Chino Valley USD Board of Eduction

**7a. District Court Case Number:** EDCV 14-2336-JGB (DTBx)

**7b. Appeals Court Case Number:** 16-55425

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Adele C. Frazier

**9. THIS TRANSCRIPT ORDER IS FOR:** [x] Appeal  [ ] Non-Appeal  [ ] Criminal  [ ] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2015 | Bernal | Plaintiffs' and Defendants' Motions for Summary Judgment | ● | ○ | ○ | ○ | ○ | ○ | ○ | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 10, 2017   Signature: s/Robert H. Tyler, Esq.

G-120 (3/16)