|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 14 2019 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br>　　　　Plaintiff-Appellee, <br><br>　v. <br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al., <br><br>　　　　Defendants-Appellants. | No.　16-55425 <br><br>D.C. No. 5:14-cv-02336-JGB-DTB <br>Central District of California, Riverside <br><br>ORDER |

Before: McKEOWN and WARDLAW, Circuit Judges, and DANIEL,[*] District Judge.

Freedom From Religion Foundation, Inc.'s motion for costs and attorney's fees pursuant to 42 U.S.C. § 1988, Dkt. 72, is granted.  The determination of an appropriate amount of fees and costs on appeal is referred to the court's special master, Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees and costs.  *See* 9th Cir. R. 39-1.9.  The order is subject to reconsideration by the panel.  *Id.*

---

　　　[*]　The Honorable Wiley Y. Daniel, United States District Judge for the U.S. District Court for Colorado, sitting by designation.