UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff-Appellee, <br><br> ORANGE COUNTY BOARD OF EDUCATION and ORANGE COUNTY BOARD OF EDUCATION MEMBERS KEN WILLIAMS, MARI BARKE, LISA SPARKS, JOHN BEDELL, REBECCA GOMEZ, IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES, <br><br> Intervenors-Pending, <br><br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al., <br><br> Defendants-Appellants. | No.   16-55425 <br><br> D.C. No. 5:14-cv-02336-JGB-DTB Central District of California, Riverside <br><br> ORDER |

Before: McKEOWN and WARDLAW, Circuit Judges, and DANIEL,[*] District Judge.

Freedom From Religion Foundation, Inc.'s motion to extend the deadline to respond to the motion to intervene, Dkt. 77, is granted in part. Freedom From Religion's response to the motion to intervene, Dkt. 76, is now due March 5, 2019.

---

[*] The Honorable Wiley Y. Daniel, United States District Judge for the U.S. District Court for Colorado, sitting by designation.