| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | MAR 8 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff-Appellee,

ORANGE COUNTY BOARD OF EDUCATION and ORANGE COUNTY BOARD OF EDUCATION MEMBERS KEN WILLIAMS, MARI BARKE, LISA SPARKS, JOHN BEDELL, REBECCA GOMEZ, IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES,

    Intervenors-Pending,

 v.

CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al.,

    Defendants-Appellants.

No. 16-55425

D.C. No. 5:14-cv-02336-JGB-DTB
Central District of California, Riverside

ORDER

Before: McKEOWN and WARDLAW, Circuit Judges, and DANIEL,[*] District Judge.

    The motion to intervene, Dkt. 76, is denied. Freedom From Religion Foundation, Inc.'s request for sanctions, Dkt. 84-1, is denied, and its motion to strike, Dkt. 84-2, is denied as moot.

---

    [*] The Honorable Wiley Y. Daniel, United States District Judge for the U.S. District Court for Colorado, sitting by designation.