# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION , et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>5:14–cv–02336–JGB–DTB<br><br><br><br>**NOTICE OF DEFICIENCY RE:<br>WRIT OF EXECUTION AND<br>ABSTRACT OF JUDGMENT** |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

\_ Writ/abstract must contain the name(s) and address(es) of judgment debtors.

\_ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

\_ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

**X** If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

\_ Attested date must be left blank.

\_ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

\_ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

**X** Other: In the Minute Order dated 3/31/2016 the Judgment Creditors are listed in their "individual" capacities not in their "official" capacities.

Clerk, U.S. District Court

April 10, 2019　　　　　　　　　　By: /s/ *Angelique Dominguez  951–328–4471*
Date　　　　　　　　　　　　　　　　Deputy Clerk