# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al.,<br><br>           Plaintiff(s)<br>  v.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc., et al.,<br>           Defendant(s). | CASE NUMBER:<br><br>5:14-CV-02336-JGB (DTB)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Chino Valley Unified School District</u> ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute <u>Steven R. Chidester of Law Offices of Margaret A. Chidester & Associates</u> who is

 ☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

<u>17762 Cowan, First Floor</u>
*Street Address*

<u>Irvine, California 92614-6096</u>     <u>s.chidester@californiaschoollaw.net</u>
*City, State, Zip*                *E-Mail Address*

<u>(949) 474-5040</u>    <u>(949) 474-8540</u>    <u>146639</u>
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of <u>Robert H. Tyler and Jennifer L. Bursch of Tyler & Bursch, LLP</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated <u>June 18, 2019</u>

                        _____
                        U. S. District Judge/~~U.S. Magistrate Judge~~