LAW OFFICES OF MARGARET
A. CHIDESTER & ASSOCIATES
Steven R. Chidester, SBN 146639
s.chidester@californiaschoollaw.net
Margaret A. Chidester, SBN 95795
m.chidester@californiaschoollaw.net
17762 Cowan, First Floor
Irvine, CA 92614-6096
Telephone: (949) 474-5040
Facsimile: (949) 474-8540

cc: Fiscal

Attorneys for Defendants,
Chino Valley Unified School District
Board of Education, and Chino Valley
Unified School District Board of
Education Board Members James Na,
Sylvia Orozco, Charles Dickie, Andrew
Cruz, and Irene Hernandez-Blair in
their official representative capacities

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, etc. et al, <br><br> Defendants. | Case No.: 5:14-CV-02336 JGB (DTB) <br><br> ORDER EXONERATING SUPERSEDEAS BOND <br><br> Hearing Date: August 5, 2019 <br> Hearing Time: 9:00 a.m. <br> Judge: Hon. Jesus G. Bernal <br> Courtroom: 1 Riverside |

    This matter has come before the Court on Defendants' noticed Motion to Exonerate Supersedeas Bond. Plaintiffs do not oppose the motion. The Court has read and considered Defendants' motion, supporting memorandum of points and authorities, declaration, and exhibits attached thereto, and other related papers and pleadings on file

herein, and any other oral and/or documentary evidence and argument presented at the hearing, it appears to the satisfaction of the Court that good cause exists as follows:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that the supersedeas bond (Bond No. 0663961) provided by International Fidelity Insurance Company through Commercial Surety Bond Agency at the request of Defendants in connection with Defendants' appeal to the Ninth Circuit Court of Appeals is no longer required and is hereby fully and unconditionally discharged and exonerated, and that International Fidelity Insurance Company is released from any and all past, present, and future liabilities arising under or in connection with the issuance of the bond, and directing the Clerk of the Court to return the canceled supersedeas bond to Defendants' counsel.

IT IS SO ORDERED.

DATED: August 2, 2019

_____
HONRABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE