ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler (SBN 179572)
btyler@faith-freedom.com
Julianne Fleischer (SBN 337006)
jfleischer@faith-freedom.com
25026 Las Brisas Road, Murrieta, CA 92562

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FREEDOM FROM RELIGION FOUNDATION, INC., et al.,

Plaintiff(s)

v.

CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,

Defendant(s).

CASE NUMBER

5:14-cv-2336-JGB

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Oster, Joel                    of    Advocates for Faith & Freedom
*Applicant's Name (Last Name, First Name & Middle Initial)*    22052 W. 66th #192
913.206.7575                                                    Shawnee, KS 66226
*Telephone Number*    *Fax Number*
joster@faith-freedom.com
*E-Mail Address*              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Defendants Chino Valley Unified School District Board of Education, et al.,

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

and designating as Local Counsel
Robert H. Tyler                of    Advocates for Faith & Freedom
*Designee's Name (Last Name, First Name & Middle Initial)*    25026 Las Brisas Road
179572    (951) 600-2733    (951) 600-4966    Murrieta, CA 92562
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
btyler@faith-freedom.com
*E-Mail Address*              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                                    _____
                                                                 U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1