ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler (SBN 179572) btyler@faith-freedom.com
Julianne Fleischer (SBN 337006) jfleischer@faith-freedom.com
25026 Las Brisas Road, Murrieta, CA 92562

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiff(s) <br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> EDCV 14-2336-JGB-DTBx <br><br> (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Oster, Joel
*Applicant's Name (Last Name, First Name & Middle Initial*

913.206.7575
*Telephone Number*      *Fax Number*

joster@faith-freedom.com
*E-Mail Address*

of  Advocates for Faith & Freedom
22052 W. 66th #192
Shawnee, KS 66226
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Defendants Chino Valley Unified School District Board of Education, et al.,

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Robert H. Tyler
*Designee's Name (Last Name, First Name & Middle Initial*

179572            (951) 600-2733        (951) 600-4966
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

btyler@faith-freedom.com
*E-Mail Address*

of  Advocates for Faith & Freedom
25026 Las Brisas Road
Murrieta, CA 92562
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded  ☐ not be refunded.

**Dated: August 4, 2025**

_____
U.S. District Judge/ ~~U.S. Magistrate Judge~~

G-64 Order (05/16)      (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 1