**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

5:14-cv-2336-JGB

FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY JSH DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

NIXIE    910    5E 18CU    7208/09/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 5:14cv2336  Doc: 127

Tiffany Mai Tran
Law Offices of Margaret A. Chidester and Associates
17762 Cowan, First Floor
Irvine, CA 92614

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tiffany Mai Tran
Law Offices of Margaret A. Chidester and Associates
17762 Cowan, First Floor
Irvine CA 92614
--Case Participants: Margaret Ann Chidester (m.chidester@californiaschoollaw.net), Steven R Chidester (s.chidester@californiaschoollaw.net), David J. Kaloyanides (djpk@rt2counsel.com), Rebecca Markert (rmarkert@ffrf.org), Joel L Oster (joster@faith-freedom.com), Andrew L Seidel (aseidel@ffrf.org), Robert H. Tyler (btyler@faith-freedom.com, joster@faith-freedom.com, rtyler@tylerlawllp.com, skane@faith-freedom.com, skenney@faith-freedom.com, spadilla@faith-freedom.com), Judge Jesus G. Bernal (crd_bernal@cacd.uscourts.gov), Magistrate Judge David T. Bristow (crd_bristow@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40669663@cacd.uscourts.gov>Subject:Activity in Case 5:14-cv-02336-JGB-DTB Freedom From Religion Foundation, Inc. et al v. Chino Valley Unified School District Board of Education et al Order on Motion to Appear Pro Hac Vice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/5/2025 at 11:46 AM PDT and filed on 8/4/2025

| | |
|---|---|
| **Case Name:** | Freedom From Religion Foundation, Inc. et al v. Chino Valley Unified School District Board of Education et al |
| **Case Number:** | 5:14-cv-02336-JGB-DTB |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/18/2016**

| | |
|---|---|
| **Document Number:** | 127 |

**Docket Text:**
**ORDER by Judge Jesus G. Bernal: Granting [125] Non-Resident Attorney Joel Oster APPLICATION to Appear Pro Hac Vice on behalf of Defendants, designating Robert H. Tyler as local counsel. (twdb)**