| | |
|---|---|
| Name and address:<br>Lisa C. Demidovich<br>Altshuler Berzon LLP<br>350 West Colorado Blvd.<br>Unit 420<br>Pasadena, CA 91105 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freedom From Religion Foundation, Inc., et al.,<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>Chino Valley Unified School District Board of Education, etc., et al.,<br><br>　　　　　　　　　　　　　　　Defendant(s), | CASE NUMBER<br><br>5:14-CV-02336<br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Elliott, Patrick C.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                 check here if federal government attorney ☐

Freedom From Religion Foundation, Inc.
*Firm/Agency Name*

| | | |
|---|---|---|
| PO Box 750 | (608) 256-8900 | (608) 204-0422 |
| *Street Address* | *Telephone Number* | *Fax Number* |
| Madison, WI 53701 | patrick@ffrf.org | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| | |
|---|---|
| See supplemental section IV for complete list | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____ |
|  | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Wisconsin | 6/9/2009 | Yes |
| State of Minnesota | 11/20/2015 | Yes |
| United States Supreme Court | 8/5/2019 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

n/a

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 8/13/2025

Patrick C. Elliott
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Demidovich, Lisa C.
*Designee's Name (Last Name, First Name & Middle Initial)*

Altshuler Berzon LLP
*Firm/Agency Name*

350 West Colorado Blvd.
Unit 420
*Street Address*

Pasadena, CA 91105
*City, State, Zip Code*

(415) 421-7151
*Telephone Number*

(415) 362-8064
*Fax Number*

ldemidovich@altshulerberzon.com
*Email Address*

245836
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 08/15/2025

Lisa C. Demidovich
*Designee's Name (please type or print)*

/s/ Lisa C. Demidovich
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Parties Represented by Attorney Elliott:

Freedom From Religion Foundation
Michael Anderson
Larry Maldonado
Doe 1, Doe 2, Doe 3, Doe 4, Doe 5, Doe 6, Doe 7, Doe 8, Doe 9, Doe 10, Doe 11, Doe 12
Doe 16, Doe 17, Doe 18

Parties Not Represented by Attorney Elliott:

Doe 13, Doe 14, Doe 15, Doe 19,  Doe 20

Additional Admissions (Member in good standing for all jurisdictions listed)

U.S. Court of Appeals for the Third Circuit (5/20/2015)
U.S. Court of Appeals for the Fourth Circuit (3/1/2016)
U.S. Court of Appeals for the Fifth Circuit (7/30/2024)
U.S. Court of Appeals for the Sixth Circuit (3/4/2024)
U.S. Court of Appeals for the Seventh Circuit (5/8/2015)
U.S. Court of Appeals for the Eighth Circuit (11/6/2024)
U.S. District Court for the Western District of Wisconsin (6/9/2009)
U.S. District Court for the Eastern District of Wisconsin (8/6/2010)
U.S. District Court for the Eastern District of Michigan (9/24/2014)
U.S. District Court for the Western District of Texas (3/7/2016)
U.S. District Court for Nebraska (2/14/2019)
U.S. District Court for Minnesota (8/20/2024)

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Samuel A. Christensen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

PATRICK C. ELLIOTT

was admitted to practice as an attorney within this state on June 9, 2009 and is presently in good standing in this court.

Dated: August 4, 2025

SHEELAH GUILD
Chief Deputy Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

PATRICK CHARLES ELLIOTT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 20, 2015

Given under my hand and seal of this court on

August 01, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration

