Name and address:
Lisa C. Demidovich
Altshuler Berzon LLP
350 West Colorado Blvd.
Unit 420
Pasadena, CA 91105

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freedom From Religion Foundation, Inc., et al., <br><br>                                              Plaintiff(s) <br> v. <br> Chino Valley Unified School District Board of Education, etc., et al., <br><br>                                              Defendant(s). | **CASE NUMBER** <br> 5:14-CV-02336-JGB-DTBx <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Elliott, Patrick C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(608) 256-8900
*Telephone Number*

(608) 204-0422
*Fax Number*

patrick@ffrf.org
*E-Mail Address*

of Freedom From Religion Foundation, Inc.
PO Box 750
Madison, WI 53701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Freedom From Religion Foundation, Inc., Michael Anderson, Larry Maldonado, Doe 1, Doe 2, Doe 3, Doe 4, Doe 5, Doe 6 Doe 7, Doe 8, Doe 9, Doe 10, Doe 11, Doe 12, Doe 16, Doe 17, Doe 18
(Does not include Doe 13, Doe 14, Doe 15, Doe 19, Doe 20)
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

**and designating as Local Counsel**

Demidovich, Lisa C.
*Designee's Name (Last Name, First Name & Middle Initial)*

245836
*Designee's Cal. Bar No.*

(415) 421-7151
*Telephone Number*

(415) 362-8064
*Fax Number*

ldemidovich@altshulerberzon.com
*E-Mail Address*

of Altshuler Berzon LLP
350 West Colorado Blvd.
Unit 420
Pasadena, CA 91105
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
             [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated  September 8, 2025

*/s/ [signature]*
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1