* 910 NSE 18CU125C7209/13/2
NOTIFY SENDER OF NEW ADDRESS
:LAW OFFICES OF MARGARET A CHIDEST
2151 MICHELSON DR STE 260
IRVINE CA 92612-1369

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

5:14-CV-2336-JGB



RECEIVED
CLERK U.S. DISTRICT COURT
SEP 2 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

RECEIVED
SEP 1 6 2025
By ____

Case: 5:14cv2336  Doc: 134

Tiffany Mai Tran
Law Offices of Margaret A. Chidester and Associates
17762 Cowan, First Floor
Irvine, CA 92614

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tiffany Mai Tran
Law Offices of Margaret A. Chidester and Associates
17762 Cowan, First Floor
Irvine CA 92614
--Case Participants: David J. Kaloyanides (djpk@rt2counsel.com), Richard L Bolton (rbolton@boardmanclark.com), Andrew L Seidel (aseidel@ffrf.org), Margaret Ann Chidester (m.chidester@californiaschoollaw.net), Steven R Chidester (s.chidester@californiaschoollaw.net), Lisa C Demidovich (jzamora@altber.com, ldemidovich@altshulerberzon.com), Robert H. Tyler (btyler@faith-freedom.com, joster@faith-freedom.com, rtyler@tylerlawllp.com, skane@faith-freedom.com, skenney@faith-freedom.com, spadilla@faith-freedom.com), Patrick C. Elliott (patrick@ffrf.org), Rebecca Markert (rmarkert@ffrf.org), Matthew J Murray (apena@altshulerberzon.com, mmurray@altshulerberzon.com), Samantha F. Lawrence (slawrence@ffrf.org), Joel L Oster (joster@faith-freedom.com), Magistrate Judge David T. Bristow (crd_bristow@cacd.uscourts.gov), Judge Jesus G. Bernal (crd_bernal@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40883199@cacd.uscourts.gov>Subject:Activity in Case 5:14-cv-02336-JGB-DTB Freedom From Religion Foundation, Inc. et al v. Chino Valley Unified School District Board of Education et al Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/8/2025 at 1:08 PM PDT and filed on 9/8/2025

| | |
|---|---|
| **Case Name:** | Freedom From Religion Foundation, Inc. et al v. Chino Valley Unified School District Board of Education et al |
| **Case Number:** | 5:14-cv-02336-JGB-DTB |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/18/2016**

| | |
|---|---|
| **Document Number:** | 134 |