UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., <br><br> Plaintiff, <br> vs. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al. <br><br> Defendants. | Case No.: 5:14-CV-02336 JGB (DTB) <br><br> [PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

This matter came before the Court on the Motion of counsel for Plaintiffs. The Court has considered the Motion, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion is GRANTED. David J. Kaloyanides is hereby relieved as counsel of record for Plaintiffs.

IT IS SO ORDERED.

DATED: ___ October 2025

_____

UNITED STATES DISTRICT JUDGE

Presented by:
David J. Kaloyanides SBN 160368
E: djpk@rt2counsel.com
David J.P. Kaloyanides, APLC
111 W. Ocean Blvd., Ste 400
Long Beach, CA 90802
T: (213) 623-8120

_____s/_____ *DavidjKaloyanides*
Attorney for Plaintiff