1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

10

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | **Case No.: 5:14-CV-02336 JGB (DTB)** |
| Plaintiff, | **[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| vs. | **[Unopposed]** |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

11

12

13

14

15

16

17

18

.

1    This matter came before the Court on the Motion of counsel for Plaintiffs. The

2    Court has considered the Motion, and good cause appearing therefor:

3    IT IS HEREBY ORDERED that the Motion is GRANTED. Andrew Seidel

4    is hereby relieved as counsel of record for Plaintiffs.

5    IT IS SO ORDERED.

6    DATED: October___, 2025    _____

7    Presented By:    UNITED STATES DISTRICT JUDGE

8    By: */s/ Patrick C. Elliott*
     Patrick C. Elliott

9    Freedom From Religion Foundation
     PO Box 750

10   Madison, WI 53701
     608-256-8900

11   pelliott@ffrf.org

12   By: */s/ Andrew L. Seidel*
     Andrew L. Seidel

13   Americans United for Separation of
     Church and State

14   1310 L Street NW, Suite 200
     Washington, DC 20005
     202-466-7303

15   seidel@au.org

16

17

18
.

[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL    2